

**ORIGINAL**

FILED
APR 29 2011
CLERK
United States Bankruptcy Court
San Jose, California

1  James M. Kelley
2  14390 Douglass Lane
   Saratoga, CA 95070
3  jmadisonkelley@gmail.com
   Tel:    (408) 314-6745
4  PRO SE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – DIVISION 5

In Re:
JAMES MADISON KELLEY,

Debtor

Case No. 08-55305 ASW
Chapter 11

JAMES MADISON KELLEY

Plaintiff

V.

JPMORGAN CHASE BANK, NA (successor to)

WASHINGTON MUTUAL BANK,

DOES (1-20)

FOURTH DECLARATION
OF
EVIDENCE

LOSS OF NOTARY JOURNAL
&
INABILITY TO VERIFY

SECOND TRUST DEED

Adv. Case No. 10-05245

BKR. Case No 08-55305 ASW                    1                    Adv. Case No. 10-05245
Proof Loss of Notary Journal

Case: 10-05245   Doc# 43   Filed: 04/29/11   Entered: 05/02/11 15:54:28   Page 1 of 9

Attached are the following documents are included herein:

Exhibit A: Plaintiff' Letter to notary Rosalie Silva

Exhibit B: Rosalie Silva's letter to Plaintiff

Exhibit C: Proof of Delivery to Plaintiff

I, James Madison Kelley, pro se plaintiff in this adversary case declare that the Exhibits submitted herewith are true and correct copies of the above documents.

These documents are being submitted as evidence that no independent verification of plaintiff's signature can be obtained from the Notary Journal due to its disappearance and loss by the Notary Rosalie Silva.

It cannot be established that the Deed of Trust was ever properly signed at all by the Plaintiff. Plaintiff has no recollection of signing the Notary Journal.

Plaintiff has previously asserted that alteration and/or forgery of the Deed of Trust, inter alia, for Washington Mutual Bank Loan number 0747861714.

Plaintiff is prepared to competently testify to the above facts and to the authenticity of the attached copies offered in proof thereof.

_James Madison Kelley_  
James Madison Kelley, Plaintiff

_April 29, 2011_  
Date

Exhibit A: Plaintiffs Letter to Rosalie Silva

Rosalie M. Silva
Notary # 1923449
1089 North Central Avenue
San Jose, California 95128
(408) 399-2749

April 21, 2011

Dear Ms. Silva,

Pursuant to California Government Code section §8206(c))"

> "notary public must provide a photo static copy of a line item from his or her journal when provided with a written request from any member of the public. The written request shall include the name of the parties, the type of document, and the month and year in which the document was notarized. The cost must not exceed thirty cents ($0.30) per page. (Government Code section §8206(c))"

This letter contains my written request for copies of your notary journal entries for

**Deed of Trust or Note** in the Name of **James Kelley** or **James Madison Kelley** and **Washington Mutual Bank** or **Washington Mutual Bank, FA** or **Washington Mutual Bank, FSB**

Notarized by you in September 2007 or October 2007.

Enclosed is $1.00.
If additional payment is required cont6act me and I will deliver it.

If you have any questions, feel free to contact me at (408) 314-6745.

Regards,

James M. Kelley

*James M. Kelley*
14390 Douglas Lane
Saratoga, CA 95070

Exhibit B: Notary Rosalie Silva Letter to Plaintiff

James M Kelley
14390 Douglas Lane
Saratoga, CA 95070

Dear Mr. Kelley,

I received your request for copy of page in my Notary Journal. Unfortunately I am unable to honor your request and I have been unable to locate the journal. It has been years since I had used the journal and am unable to locate it.

I notified the Secretary of State that the journal is missing and or destroyed and wait their response.

I am returning the $1.00 you sent with your request.

Sincerely,
Rosalie Silva



Exhibit C: Proof of Delivery of
Notary Rosalie Silva Letter to Plaintiff


Page 1 of 1

Received 4-27-2011 JMK

 **GSO**
GOLDEN STATE OVERNIGHT

**< WebShip > > > >**
800-322-5555 www.gso.com

| Ship From: | Tracking #: 516441887 | NPS |
|---|---|---|
| BRANDY FISCHER<br>WELLS FARGO HOME MORTGAGE<br>652 N. SANTA CRUZ AVENUE A<br>LOS GATOS, CA 95030 | **SJC**<br>SARATOGA | **A** |
| Ship To:<br>JAMES KELLEY<br>JAMES KELLEY<br>14390 DOUGLAS LANE<br>SARATOGA, CA 95070 | **D95070A**<br><br>90600598 | |
| COD:<br>$0.00 | | |
| Reference: | | |
| Delivery Instructions: | | |
| Signature Type:<br>OK TO LEAVE | Print Date : 04/26/11 13:42 PM | |

**Package 1 of 1**

[ Send Label To Printer ]  ☑ Print All  [ Edit Shipment ]  [ Finish ]

### LABEL INSTRUCTIONS:

**Do not copy or reprint this label for additional shipments - each package must have a unique barcode.**

STEP 1 - Use the "Send Label to Printer" button on this page to print the shipping label on a laser or inkjet printer.
STEP 2 - Fold this page in half.
STEP 3 - Securely attach this label to your package, do not cover the barcode.
STEP 4 - Request an on-call pickup for your package, if you do not have scheduled daily pickup service or Drop-off your package at the nearest GSO drop box. Locate nearest GSO dropbox locations using this link.

### ADDITIONAL OPTIONS:

[ Send Label Via Email ]   [ Create Return Label ]

### TERMS AND CONDITIONS:

By giving us your shipment to deliver, you agree to all the service terms and conditions described in this section.
Our liability for loss or damage to any package is limited to your actual damages or $100 whichever is less, unless you pay for and declare a higher authorized value. If you declare a higher value and pay the additional charge, our liability will be the lesser of your declared value or the actual value of your loss or damage. In any event, we will not be liable for any damage, whether direct, incidental, special or consequential, in excess of the declared value of a shipment whether or not we had knowledge that such damage might be incurred including but not limited to loss of income or profit. We will not be liable for your acts or omissions, including but not limited to improper or insufficient packaging, securing, marking or addressing. Also, we will not be liable if you or the recipient violates any of the terms of our agreement. We will not be liable for loss, damage or delay caused by events we cannot control, including but not limited to acts of God, perils of the air, weather conditions, act of public enemies, war, strikes, or civil commotion. The highest declared value for our GSO Priority Letter or GSO Priority Package is $500. For other shipments the highest declared value is $10,000 unless your package contains items of "extraordinary value", in which case the highest declared value we allow is $500. Items of "extraordinary value" include, but or not limited to, artwork, jewelry, furs, precious metals, tickets, negotiable instruments and other items with intrinsic value.

James Kelly
14390 Douglas Lane
Saratoga, CA 95070

575 N. Santa Cruz Ave
Los Gatos, CA 95030

WELLS FARGO HOME MORTGAGE