


14390 Douglass Lane
Saratoga, CA 95070
jmadisonkelley@gmail.com
Tel: (408) 402-1915

PRO SE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – DIVISION 5

In Re:
JAMES MADISON KELLEY,

Debtor

---

JAMES MADISON KELLEY

Plaintiff

v.

JPMORGAN CHASE BANK, NA,

WASHINGTON MUTUAL BANK,

DOES (1-20)

Adv. Case No. 10-05245
Bkr. Case No. 08-55305 ASW
Chapter 11

NOTICE OF AMENDMENT
OF PARAGRAPH 3 OF THE

DECLARATION OF
JAMES MADISON KELLEY
EXPERT REPORT ON THE
LOAN DOCUMENTS PRODUCED BY
JPMORGAN CHASE BANK, NA

Honorable Arthur S. Weissbrodt
Date: February 18, 2013
Courtroom: 3020

Notice of Amendment Expert Report on Chase Loan Documents

# NOTICE OF AMENDMENT

Delete the last sentence of paragraph 3:

> "I have also been accepted as an Expert Witness on computer forgery in Federal Court."

The Court in the Malin case accepted my expert declaration to the extent of finding it sufficient to reopen discovery with regard to the authenticity of the Note but not more.

The Court in the McDonald case accepted my expert declaration to the extent of finding it sufficient to reopen discovery with regard to the authenticity of the Note but not more.

Executed on this 8th day of March 2013 at Saratoga, California.

*[signature]*
James Madison Kelley, PhD

jmadisonkelley@gmail.com
14390 Douglass Lane
Saratoga, California 95070

Notice of Amendment Expert Report on Chase Loan Documents

**PROOF OF SERVICE**

I, James Madison Kelley, under penalty of perjury attest that I mailed by First Class US Mail the

**NOTICE OF AMENDMENT**

**OF PARAGRAPH 3 OF THE**

**DECLARATION OF JAMES MADISON KELLEY**

**EXPERT REPORT ON THE**

**LOAN DOCUMENTS PRODUCED**

**BY JPMORGAN CHASE BANK, NA**

to the following people:

    S. Christopher Yoo, Esq.
    John M. Sorich, Esq.
    Thomas Van, Esq.

    AlvaradoSmith, PC
    1 Macarthur Place, #200
    Santa Ana, CA 92707

Dated at Saratoga, California, this 8th day of March 2013

By: _/s/ James Madison Kelley_
      James Madison Kelley