James M. Kelley
14390 Douglass Lane
Saratoga, CA 95070
jmadisonkelley@gmail.com
Tel: (408) 402-1915

PRO SE



FILED
FEB 03 2014
CLERK
United States Bankruptcy Court
San Jose, California

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – DIVISION 5

| | |
|---|---|
| In Re:<br>JAMES MADISON KELLEY,<br><br>Debtor | Chapter 11<br><br>Adversary Case No. 10-05245 |
| JAMES MADISON KELLEY<br><br>Plaintiff<br><br>v.<br><br>JPMORGAN CHASE BANK, NA,<br><br>DOES (1-20) | ) Request for Judicial Notice of<br>)<br>) TITLE II LENDER SUMMARY:<br>) Washington Mutual Bank FA NAMC<br>) &<br>) TITLE II MERGER HISTORY:<br>) Washington Mutual Bank FA NAMC<br>) And<br>) Declaration of James Madison Kelley<br>) in Support of the Above Request for<br>) Judicial Notice<br>)<br>)<br>) (Proof of Service Included)<br>) |
| | ) Honorable Arthur S. Weissbrodt<br>)<br>) Courtroom: 3020<br>) Date: TBD<br>) Time: TBD |

Request for Judicial Notice of the
Receiver vs. LSI Appraisal Complaint
WMBFA-NAMC

1

Adversary Case 10-05245
Bkr. Case: 08-55305 ASW

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Plaintiff- James Madison Kelley hereby requests that the Court take judicial notice of the

"Title II Lender Summary: Washington Mutual Bank FA NAMC"

And

"Title II Merger History: Washington Mutual Bank FA NAMC"

The above documents are published by the US Department of Housing and Urban Development ("HUD") from its website:
The documents will be referred to as the "Lender Summary" and the "Merger History" for brevity.

Under Federal Rule of Evidence 201(d), judicial notice may be taken at any stage of the proceeding, including by an appellate court during the pendency of an appeal. Fed. R. Evid. 201(d); *see also Lowry v. Barnhart*, 329 F.3d 1019, 1024(9th Cir. 2003); *Bryant v. Carleson*, 444 F.2d 353, 357-58 (9th Cir. 1971); Circuit Advisory Committee Note Seven to Ninth Circuit Rule 27-1. "The Court may take judicial notice of any matter not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

The Lender Summary and Merger History documents are government publications constituting a proper subject for judicial notice. Attached hereto are true and correct copies downloaded from the H the accuracy of which can be accurately and readily determined and which cannot reasonably be questioned." Fed. R. Evid. 201(b).

"Federal courts may 'take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue.'" *CactusCorner, LLC v. U.S. Dept. of Agric.*, 346 F.Supp.2d 1075, 1092

Request for Judicial Notice of the Receiver vs. LSI Appraisal Complaint
WMBFA-NAMC
2
Adversary Case 10-05245
Bkr. Case: 08-55305-ASW

Case: 10-05245   Doc# 372   Filed: 02/03/14   Entered: 02/05/14 10:48:59   Page 2 of 14

1 (E.D. Cal.2004) (quoting *United States ex rel Robinson Rancheria Citizens Council v.*
2 *Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir.1992)).

**Facts to Be Judicially Noticed**

The "LENDER SUMMARY" sets forth facts that are relevant to the TILA, Contract Invalidity claims in this case with regard to loan origination by North American Mortgage Company and the relationship of North American Mortgage Company to Washington Mutual Bank, FA, to wit:

    (1) North American Mortgage Company was a DBA of Washington Mutual Bank FA NAMC until 12/13/2007. (See LENDER SUMMARY)

    (2) Washington Mutual Bank FA NAMC was legal entity distinct from Washington Mutual Bank FA until 12/13/2007. (See MERGER HISTORY)

    (3) Washington Mutual Bank FA NAMC had 306 branch offices nationwide. (See LENDER SUMMARY)

    (4) Washington Mutual Bank FA NAMC did no direct lending. (See LENDER SUMMARY)

    (5) Washington Mutual Bank FA HUD Institution ID was 73815.

    (6) Washington Mutual Bank FA NAMC Institution ID was 75326

The above facts are relevant to the Contract Invalidity and TILA claims in this case.

A federal court must take judicial notice of facts "if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d). Here the necessary information is attached.

Request for Judicial Notice of the Receiver vs. LSI Appraisal Complaint
WMBFA - NAMC

2

Adversary Case 10-05245
Bkr. Case: 08-55305 ASW

Case: 10-05245   Doc# 372   Filed: 02/03/14   Entered: 02/05/14 10:48:59   Page 3 of 14

1 | I respectfully request that the Court take Judicial Notice of the document and facts
2 | contained therein.
3 |
4 | DATED: February 3, 2014
5 |
6 | Respectfully Submitted by
7 |
8 | *[signature]*
9 | James Madison Kelley
10 | Pro Se Plaintiff

# DECLARATION OF JAMES MADISON KELLEY

I, James Madison Kelley, state

1. I am the Pro Se Plaintiff in the above captioned action. I make this Declaration in support of the Request for Judicial Notice filed herewith. The facts set forth below are within my personal knowledge unless otherwise indicated.

"Title II Lender Summary: Washington Mutual Bank FA NAMC"

and

"Title II Merger History: Washington Mutual Bank FA NAMC"

from the HUD website:

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 3, 2014 at Saratoga, California.

*James Madison Kelley*

James Madison Kelley

Pro Se Plaintiff
14390 Douglass Lane
Saratoga, CA 95070
(408) 402-1915
jmadisonkelley@gmail.com

Request for Judicial Notice of the Receiver vs. LSI Appraisal Complaint    5    Adversary Case 10-05245

Case: 10-05245   Doc# 372   Filed: 02/03/14   Entered: 02/05/14 10:43:59   Page 5 of 14

# PROOF OF SERVICE

I, James Madison Kelley, under penalty of perjury attest that I mailed the following document to the parties named below:

"Request for Judicial Notice of

TITLE II LENDER SUMMARY:
Washington Mutual Bank FA NAMC
&
TITLE II MERGER HISTORY:
Washington Mutual Bank FA NAMC
And
Declaration of James Madison Kelley in Support of the Above Request for Judicial Notice "

By US Priority mail to the following people:

S. Christopher Yoo, esq.
John M. Sorich, esq.
Thomas Van, esq.

AlvaradoSmith, PC
1 MacArthur Place, #200
Santa Ana, CA 92707

Dated at Saratoga, California, February 3, 2014

By: *[signature]*
James Madison Kelley

Request for Judicial Notice of the
Receiver vs. LSI Appraisal Complaint

6

Adversary Case 10-05245
Bkr. Case: 08-53905 ASW

Case: 10-05245   Doc# 372   Filed: 02/03/14   Entered: 02/05/14 10:48:59   Page 6 of 14

# EXHIBITS:

TITLE II MERGER HISTORY: Washington Mutual Bank FA NAMC (1 Page)

TITLE II LENDER SUMMARY: Washington Mutual Bank FA NAMC (5 pages)

Request for Judicial Notice of the
Receiver vs. LSI Appraisal Complaint

7

Adversary Case 10-05245

Case: 10-05245 Doc# 372 Filed: 02/03/14 Entered: 02/05/14 10:48:59 Page 7 of 14

Bkr. Case: 08-55305 ASW

1/29/2014          LENDER SUMMARY

 

Early Warnings    Servicing    Analysis    Details    Help/About    Home

### TITLE II Merger History: WASHINGTON MUTUAL BANK FA NAMC (75326)

**Institution ID:** 75326   Show Lender Details     **Total Branch Offices:** 306
**Mortgagee Type:** Supervised     **Lender Status:** Merged
**Institution Type:** National Bank

| Date | Buyer | Bought |
|---|---|---|
| 12/13/2007 | WASHINGTON MUTUAL BANK FA (73815) | WASHINGTON MUTUAL BANK FA NAMC (75326) |



Case: 10-05245   Doc# 372   Filed: 02/03/14   Entered: 02/05/14 10:48:59   Page 8 of 14

 

Early Warnings    Servicing    Analysis    Details    Help/About    Home

## TITLE II Lender Summary: WASHINGTON MUTUAL BANK FA NAMC

| | | | |
|---|---|---|---|
| **Institution ID:** | 75326 | **Branch Office Status:** | 306 merged |
| **Mortgagee Type:** | Supervised | **Branch Indicators:** | No Direct Lending |
| **Institution Type:** | National Bank | **Lender Insurance Date/Status:** | N/A, Lender not a participant |
| **CWT Actions:** | No | **HECM Lender Insurance Date/Status:** | N/A, Lender not a participant |
| | | **Lender Unconditional DE Date/Status:** | 03/09/1992, Unconditional |
| | | **HECM Unconditional DE Date/Status:** | 01/13/1994, Unconditional |

**Merger Date:** 12/13/2007    Show Merger History

Currently Sponsoring ....... 0 Loan Correspondents
Authorized Agent for ........ 0 Principals
Acting As Principal for ..... 0 Authorized Agents

Click on the Branch ID to view Areas Approved for Business and final Credit Watch Termination actions

| ▼Branch ID▲ | ▼Phone▲ | ▼Address▲ City/St/Zip | FHA Approval ▼Status▲ | Authorized ▼Date▲ | Term/ Merged ▼Date▲ | ▼DBA▲ |
|---|---|---|---|---|---|---|
| Home Office 00002 | (713) 268-4100 | 6600 W COURTNEY CAMPBELL CSWY TAMPA, FL 33607 | Merged | 02/26/1992 | 12/13/2007 | |
| 02157 | Not Provided | 2801 GATEWAY DRIVE, #150 IRVING, TX 75063 | Merged | 07/16/1999 | 12/13/2007 | North American Mortgage Company |
| 09286 | (203) 256-7903 | 2960 POST ROAD PEQUOT PLAZA SOUTHPORT, CT 06490 | Merged | 10/20/1997 | 12/13/2007 | |
| 01536 | (203) 975-8563 | 1234 SUMMER STREET, #102 STAMFORD, CT 06905 | Merged | 10/03/1997 | 12/13/2007 | North American Mortgage Company |
| 10074 | (205) 836-1237 | 1100 EAST PARK DRIVE, SUITE 401 BIRMINGHAM, AL 35235 | Merged | 02/17/1999 | 12/13/2007 | |
| 00690 | (206) 473-8585 | 2702 SOUTH 42TH STREET STE 212 TACOMA, WA 98409 | Merged | 08/10/1994 | 12/13/2007 | |
| 01390 | (207) 882-7797 | 25 SPRING STREET, STE A SCARBOROUGH, ME 04074 | Merged | 03/11/1997 | 12/13/2007 | North American Mortgage Company |
| 02380 | (207) 990-0458 | 890 HAMMOND STREET BANGOR, ME 04401 | Merged | 09/11/2000 | 12/13/2007 | North American Mortgage Comapny |
| 00813 | (208) 378-1433 | 8950 W.EMERALD STREET STE.198 BOISE, ID 83704 | Merged | 11/02/1995 | 12/13/2007 | North American Mortgage Company |
| 01831 | (208) 634-3264 | 335 DEINHARD LANE, SUITE 1 MCCALL, ID 83638 | Merged | 11/05/1997 | 12/13/2007 | |
| 01848 | (208) 634-3264 | 335 DEINHARD LANE, SUITE 1 MCCALL, ID 83638 | Merged | 11/12/1997 | 12/13/2007 | |
| 01139 | (209) 226-0400 | 1320 EAST SHAW AVENUE STE-100 FRESNO, CA 93710 | Merged | 03/06/1992 | 12/13/2007 | |
| 00888 | (209) 333- | 1300 WEST LODI AVENUE, #S | Merged | 05/23/1996 | 12/13/2007 | North American |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2407 | LODI, CA  95242 | | | | Mortgage Company |
| 00185 | (209) 383-5884 | 3351 NORTH M STREET SUITE 210 MERCED, CA  95348 | Merged | 05/20/1993 | 12/13/2007 | |
| 01072 | (209) 476-1831 | 2105 WEST MARCH LANE, #A STOCKTON, CA  95207 | Merged | 03/06/1992 | 12/13/2007 | North American Mortgage Company |
| 05153 | (209) 524-6994 | 1700 STANDIFORD AVE STE A-150 MODESTO, CA  95350 | Merged | 07/01/1992 | 12/13/2007 | |
| 02192 | (209) 557-5944 | 3224 MCHENRY AVENUE, STE F MODESTO, CA  95350 | Merged | 09/14/1999 | 12/13/2007 | North American Mortgage Company |
| 02186 | (209) 824-8225 | 1166 NORTH MAIN STREET MANTECA, CA  95336 | Merged | 09/14/1999 | 12/13/2007 | |
| 02049 | (210) 697-0651 | 9110 IH-10 WEST STE 110 SAN ANTONIO, TX  78230 | Merged | 03/06/1992 | 12/13/2007 | |
| 00054 | (214) 960-8961 | 5310 HARVEST HILL SUITE 180 DALLAS, TX  75230 | Merged | 08/21/1992 | 12/13/2007 | |
| 01326 | (216) 642-8257 | 4807 ROCKSIDE RD, #530 INDEPENDENCE, OH  44131 | Merged | 01/21/1997 | 12/13/2007 | |
| 10182 | (228) 604-4000 | 1228 EAST PASS ROAD GULFPORT, MS  39507 | Merged | 02/17/1999 | 12/13/2007 | |
| 00757 | (248) 620-9440 | 7151 ORTONVILLE RD, #205 CLARKSTON, MI  48346 | Merged | 11/02/1994 | 12/13/2007 | North American Mortgage Company |
| 10153 | (254) 741-6822 | 5400 BOSQUE BLVD SUITE-250 WACO, TX  76710 | Merged | 02/17/1999 | 12/13/2007 | |
| 11011 | (256) 551-0904 | 905 BOB WALLACE AVE, #200 HUNTSVILLE, AL  35801 | Merged | 02/26/1999 | 12/13/2007 | |
| 01116 | (281) 440-1919 | 14340 TORREY CHASE, #200 HOUSTON, TX  77014 | Merged | 03/06/1992 | 12/13/2007 | North American Mortgage Company |
| 02061 | (281) 486-8888 | 17225 EL CAMINO REAL, #110 HOUSTON, TX  77058 | Merged | 03/06/1992 | 12/13/2007 | North American Mortgage Company |
| 04047 | (301) 258-2900 | 6 MONTGOMERY VILLAGE AVE S-610 GAITHERSBURG, MD  20879 | Merged | 03/19/1992 | 12/13/2007 | |
| 05022 | (301) 258-2900 | 6 MONTGOMERY VLGE AVE STE 610 GAITHERSBURG, MD  20879 | Merged | 07/14/1992 | 12/13/2007 | |
| 00235 | (301) 261-1929 | 770 RITCHIE HIGHWAY STE-W8 SEVERNA PARK, MD  20770 | Merged | 09/16/1993 | 12/13/2007 | |
| 00395 | (301) 261-1929 | 770 RITCHIE HIGHWAY SUITE-W8 SEVERNA PARK, MD  20770 | Merged | 02/18/1994 | 12/13/2007 | |
| 05039 | (301) 474-4717 | 7833 WALKER DRIVE, #580 GREENBELT, MD  20770 | Merged | 07/14/1992 | 12/13/2007 | North American Mortgage Company |
| 04056 | (301) 474-4717 | 6411 IVY LANE SUITE 416 GREENBELT, MD  20770 | Merged | 03/19/1992 | 12/13/2007 | |
| 08137 | (301) 590-9100 | 6116 EXECUTIVE BOULEVARD ROCKVILLE, MD  20852 | Merged | 10/20/1997 | 12/13/2007 | JAMES MADISON MORTGAGE COM |
| 01752 | (301) 590-9100 | 1700 ROCKVILLE PIKE,400,OFF 27 ROCKVILLE, MD  20852 | Merged | 10/03/1997 | 12/13/2007 | North American Mortgage Company |
| 04062 | (301) 621-8515 | 9861 BROKEN LANE PKWY STE 150 COLUMBIA, MD  21045 | Merged | 03/19/1992 | 12/13/2007 | |
| 05045 | (301) 621-8515 | 11250 WAPLES MILL RD STE 400 FAIRFAX, VA  22030 | Merged | 07/14/1992 | 12/13/2007 | |
| 08114 | (301) 694-3222 | 1100 WEST PATRICK STREET FREDERICK, MD  21702 | Merged | 10/20/1997 | 12/13/2007 | JAMES MADISON MORTGAGE COM |
| 01746 | (301) 694-3222 | 1100 WEST PATRICK STREET FREDERICK, MD  21702 | Merged | 10/03/1997 | 12/13/2007 | |

| ID | Phone | Address | Status | Date 1 | Date 2 | Company |
|---|---|---|---|---|---|---|
| 00553 | (301) 696-0590 | 150 WEST PATRICK STREET FREDERICK, MD 21701 | Merged | 06/13/1994 | 12/13/2007 | |
| 09161 | (301) 805-8400 | 6401 GOLDEN TRIANGLE GREENBELT, MD 20770 | Merged | 10/20/1997 | 12/13/2007 | JAMES MADISON MORTGAGE.COM |
| 01565 | (301) 805-8400 | 6401 GOLDEN TRIANGLE DRIVE GREENBELT, MD 20770 | Merged | 10/03/1997 | 12/13/2007 | |
| 05051 | (301) 870-8606 | 25 HIGH STREET STE 115 WALDORF, MD 20602 | Merged | 07/14/1992 | 12/13/2007 | North American Mortgage Company |
| 00031 | (301) 870-8606 | 1057 SAINT IGNATIUS DR STE 115 WALDORF, MD 20602 | Merged | 03/19/1992 | 12/13/2007 | |
| 04027 | (301) 894-0404 | 11200 ROCKVILLE PIKE STE 410 ROCKVILLE, MD 20852 | Merged | 03/19/1992 | 12/13/2007 | |
| 05016 | (301) 926-1333 | 6 MONTGOMERY VILLAGE AVE #510 GAITHERSBURG, MD 20879 | Merged | 07/14/1992 | 12/13/2007 | |
| 01037 | (303) 486-3000 | 2000 S COLORADO BLVD, #2-600 DENVER, CO 80222 | Merged | 03/06/1992 | 12/13/2007 | North American Mortgage Company |
| 01247 | (303) 670-2130 | 28577 BUFFALO PARK RD, #280 EVERGREEN, CO 80439 | Merged | 10/21/1996 | 12/13/2007 | |
| 02373 | (304) 428-5627 | 417 GRAND PARK DRIVE #106 PARKERSBURG, WV 26101 | Merged | 08/14/2000 | 12/13/2007 | North American Mortgage Company |
| 02012 | (305) 412-3688 | 9415 SUNSET DRIVE, STE 210 MIAMI, FL 33173 | Merged | 03/15/1999 | 12/13/2007 | North American Mortgage Company |
| 01991 | (308) 237-1967 | 3805 SECOND AVENUE KEARNEY, NE 68847 | Merged | 02/23/1999 | 12/13/2007 | |
| 01927 | (309) 687-3333 | 4713 NORTH WAR MEMORIAL PEORIA, IL 61614 | Merged | 02/22/1999 | 12/13/2007 | |
| 01314 | (310) 212-7570 | 2377 CRENSHAW BLVD STE 265 TORRANCE, CA 90501 | Merged | 01/16/1997 | 12/13/2007 | North American Mortgage Company |
| 00156 | (310) 496-2044 | 5000 EAST SPRING ST SUITE 100 LONG BEACH, CA 90815 | Merged | 04/22/1993 | 12/13/2007 | |
| 00179 | (310) 826-0717 | 11900 OLYMPIC BLVD SUITE 580 LOS ANGELES, CA 90064 | Merged | 04/22/1993 | 12/13/2007 | |
| 00950 | (313) 283-2121 | ONE HERITAGE DRIVE, STE 550 SOUTHGATE, MI 48195 | Merged | 07/12/1996 | 12/13/2007 | |
| 00270 | (313) 362-8200 | 900 WILSHIRE DRIVE SUITE-155 TROY, MI 48084 | Merged | 11/15/1993 | 12/13/2007 | North American Mortgage Company |
| 00984 | (313) 462-4041 | 37775 PEMBROKE, #116 LIVONIA, MI 48152 | Merged | 07/16/1996 | 12/13/2007 | |
| 00355 | (314) 434-6646 | 1215 FERN RIDGE PKWY STE 101 CREVE COEUR, MO 63141 | Merged | 02/09/1994 | 12/13/2007 | North American Mortgage Company |
| 02315 | (314) 931-7866 | 2374 NORTH TRUMAN BLVD, STE B CRYSTAL CITY, MO 63019 | Merged | 02/02/2000 | 12/13/2007 | North American Mortgage Company |
| 01985 | (314) 970-7007 | 7423 MEXICO ROAD ST PETERS, MO 63376 | Merged | 02/23/1999 | 12/13/2007 | |
| 00480 | (317) 381-1501 | 2601 FORTUNE CIRCLE EAST INDIANAPOLIS, IN 46241 | Merged | 05/18/1994 | 12/13/2007 | |
| 00836 | (317) 570-8606 | 1799 MICHELLE LANE #B GREENWOOD, IN 46142 | Merged | 01/30/1996 | 12/13/2007 | North American Mortgage Company |
| 10039 | (318) 232-3634 | 1819 W PINHOOK RD SUITE 102 LAFAYETTE, LA 70508 | Merged | 02/17/1999 | 12/13/2007 | |
| | (318) 322- | 1103 HUDSON LA | | | | |

Case: 10-05245 Doc# 372 Filed: 02/03/14 Entered: 02/05/14 10:48:59 Page 11 of 14
https://entp.hud.gov/sfnw/public/lendinfo.cfm?RequestTimeout=500&lendlist=75326&lendstat=%27A%27%2C%20%27T%27%2C%20%27M%27&orderkey=pho... 3/5

| | | | | | | |
|---|---|---|---|---|---|---|
| 09228 | 4152 | MONROE, LA  71201 | Merged | 10/20/1997 | 12/13/2007 | |
| 02309 | (318) 338-2561 | 1301 HUDSON LANE<br>MONROE, LA  71201 | Merged | 01/27/2000 | 12/13/2007 | Dime Correspondent |
| 01615 | (318) 338-2574 | 1201 HUDSON LANE<br>MONROE, LA  71201 | Merged | 10/03/1997 | 12/13/2007 | |
| 10097 | (318) 388-6000 | 1821 ROYAL AVENUE, #1<br>MONROE, LA  71201 | Merged | 02/17/1999 | 12/13/2007 | North American Mortgage Company |
| 10000 | (318) 398-3182 | 1205 NORTH 19TH STREET<br>MONROE, LA  71201 | Merged | 02/17/1999 | 12/13/2007 | |
| 01428 | (318) 480-6500 | 300 E. MCNEES EST., STE 6A<br>LAKE CHARLES, LA  70602 | Merged | 04/01/1997 | 12/13/2007 | |
| 10147 | (318) 798-0300 | 1409 E 70TH STREET, #111<br>SHREVEPORT, LA  71105 | Merged | 02/17/1999 | 12/13/2007 | North American Mortgage Company |
| 02055 | (319) 393-7250 | 3412 CENTER POINT ROAD NE<br>CEDAR RAPID, IA  52402 | Merged | 03/31/1999 | 12/13/2007 | North American Mortgage Company |
| 00314 | (323) 278-9393 | 200 E BEVERLY BLVD, 2ND FL<br>MONTEBELLO, CA  90640 | Merged | 01/06/1994 | 12/13/2007 | North American Mortgage Company |
| 00763 | (323) 295-4232 | 4937 WEST SLAUSON AVE- STE B5<br>LOS ANGELES, CA  90056 | Merged | 11/03/1994 | 12/13/2007 | North American Mortgage Company |
| 10101 | (334) 448-0020 | 1212 7TH AVENUE<br>PHENIX CITY, AL  36867 | Merged | 02/17/1999 | 12/13/2007 | |
| 02452 | (360) 414-5955 | 107 NW 5TH AVENUE<br>KELSO, WA  98626 | Merged | 05/07/2001 | 12/13/2007 | |
| 08012 | (404) 227-4734 | 1815 NORTH EXPRESSWAY<br>GRIFFIN, GA  30223 | Merged | 10/20/1997 | 12/13/2007 | NATIONAL MORTGAGE INVESTME |
| 08093 | (404) 240-2900 | 400 NORTHRIDGE ROAD SUITE-500<br>ATLANTA, GA  30342 | Merged | 10/20/1997 | 12/13/2007 | NATIONAL MORTGAGE INVESTME |
| 08035 | (404) 250-0183 | 5447 ROSWELL ROAD<br>ATLANTA, GA  30342 | Merged | 10/20/1997 | 12/13/2007 | NATIONAL MORTGAGE INVESTME |
| 01696 | (404) 250-0183 | 5447 ROSWELL ROAD<br>ATLANTA, GA  30342 | Merged | 10/03/1997 | 12/13/2007 | |
| 01644 | (404) 250-0183 | 5447 ROSWELL ROAD<br>ATLANTA, GA  30342 | Merged | 10/03/1997 | 12/13/2007 | |
| 08029 | (404) 457-1812 | 2008 HIGHWAY 54 WEST<br>FAYETTVILLE, GA  30214 | Merged | 10/20/1997 | 12/13/2007 | NATIONAL MORTGAGE INVESTME |
| 08108 | (404) 472-9898 | 2763 HIGHWAY 130 SUITE D<br>JONESBORO, GA  30223 | Merged | 10/20/1997 | 12/13/2007 | NATIONAL MORTGAGE INVESTME |
| 08155 | (404) 673-5870 | 1709 MT VERNON ROAD<br>DUNWOODY, GA  30338 | Merged | 10/20/1997 | 12/13/2007 | NATIONAL MORTGAGE INVESTME |
| 00127 | (404) 843-3446 | 1100 JOHNSON FERRY ROAD NE<br>ATLANTA, GA  30342 | Merged | 01/08/1993 | 12/13/2007 | |
| 08041 | (404) 957-7100 | 40 MACON STREET<br>MCDONOUGH, GA  30253 | Merged | 10/20/1997 | 12/13/2007 | NATIONAL MORTGAGE INVESTME |
| 01299 | (405) 340-5353 | 3320 SOUTH BROADWAY<br>EDMOND, OK  73103 | Merged | 12/05/1996 | 12/13/2007 | |
| | (405) 917- | 1300 S. MERIDIAN, #101 | | | | |

Case: 10-05245    Doc# 372    Filed: 02/03/14    Entered: 02/05/14 10:48:59    Page 12 of 264

| | | | | | | |
|---|---|---|---|---|---|---|
| 01910 | 1520 | OKLAHOMA CITY, OK  73108 | Merged | 08/20/1998 | 12/13/2007 | |
| 00865 | (406) 257-0661 | 1108 SOUTH MAIN STREET, STE 2B KALISPELL, MT  59901 | Merged | 04/12/1996 | 12/13/2007 | |
| 00996 | (406) 549-8355 | 1520 SOUTH RUSSELL, STE 1 MISSOULA, MT  59802 | Merged | 07/22/1996 | 12/13/2007 | |
| 01008 | (406) 549-8355 | 1520 SOUTH RUSSELL, STE I MISSOULA, MT  59802 | Merged | 07/31/1996 | 12/13/2007 | |
| 00786 | (407) 644-7722 | 541 S ORLANDO AVENUE SUITE 200 MAITLAND, FL  32751 | Merged | 01/13/1995 | 12/13/2007 | North American Mortgage Company |
| 00792 | (407) 750-5070 | 1951 NW 19TH STREET STE 100 BOCA RATON, FL  33431 | Merged | 01/13/1995 | 12/13/2007 | |
| 01218 | (408) 262-8010 | 830 HILLVIEW COURT, STE 280 MILPITAS, CA  95035 | Merged | 10/07/1996 | 12/13/2007 | |
| 00474 | (408) 449-6575 | 1870 NORTH MAIN STREET STE-100 SALINAS, CA  93906 | Merged | 04/20/1994 | 12/13/2007 | North American Mortgage Company |
| 01066 | (408) 452-1122 | 830 HILLVIEW COURT STE 280 MILPITAS, CA  95035 | Merged | 03/06/1992 | 12/13/2007 | |
| 02134 | (408) 777-8100 | 19450 STEVENS CREEK BLVD, #200 CUPERTINO, CA  95014 | Merged | 07/14/1999 | 12/13/2007 | North American Mortgage Company |
| 00206 | (408) 942-7980 | 850 NORTH HILLVIEW DRIVE MILPITAS, CA  95035 | Merged | 07/26/1993 | 12/13/2007 | |
| 00389 | (410) 324-8900 | 1447 YORK ROAD SUITE-702 LUTHERVILLE, MD  21093 | Merged | 02/18/1994 | 12/13/2007 | |
| 09205 | (410) 415-6000 | 1777 REISTERSTOWN RD 212A W BALTIMORE, MD  21208 | Merged | 10/20/1997 | 12/13/2007 | JAMES MADISON MORTGAGE COM |
| 01609 | (410) 415-6000 | 1777 REISTERTOWN RD, #355 BALTIMORE, MD  21208 | Merged | 10/03/1997 | 12/13/2007 | |

Displaying records 1 to 100 out of a total number of 306 records            Next

Download this report to an Excel file [ Help ]



Case: 10-05245   Doc# 372   Filed: 02/03/14   Entered: 02/05/14 10:48:59   Page 13 of 264
https://entp.hud.gov/sfnw/public/lendinfo.cfm?RequestTimeout=500&lendlist=753...&lendstat=%27A%27%2C%20%27T%27%2C%20%27M%27&orderkey=pho...   5/5

```
                    Campbell Post Office
                    Campbell, California
                         95008998
                     0568370100 -0098
                     (800)275-8777    01:54:30 PM

02/03/2014
                        Sales Receipt
Product                 Sale    Unit         Final
Description             Qty     Price        Price
--------------------------------------------------
@@ ~ SANTA ANA CA 92707 Zone-4
Priority Mail 2-Day                          $5.60
Flat Rate Env
1 lb. 3.90 oz.
Expected Delivery: Wed 02/05/14
USPS Tracking #:
9114901159818299183881
Includes $50 Insurance

Issue PVI:                                   $5.60
                                          =========
Total:                                       $5.60

Paid by:
Debit Card
    Account #:         XXXXXXXXXXXXX7817
    Approval #:        690
    Transaction #:
    23 90346O129
    Receipt#:          003978
**************************************************
@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
**************************************************
**************************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
**************************************************
```

Case: 10-05245   Doc# 372   Filed: 02/03/14   Entered: 02/05/14 10:48:59   Page 14 of 14