| ID NUMBER | ORIG LOAN AMT | LOSS AMOUNT | LOAN DATE | PROPERTY ADDRESS | CITY NAME | ST | APPRAISER | MAJOR APPRAISAL DEFICIENCIES |
|---|---|---|---|---|---|---|---|---|
| 3010305435 | $1,319,822.00 | $470,726.52 | 12/15/2006 | 12240 LONGACRE AVE | LOS ANGELES | CA | Frederick Rohde | 2,4,7,11 |
| 736500232 | $500,000.00 | $493,798.51 | 12/19/2006 | 4063 W 7TH ST | LOS ANGELES | CA | William Ippoliti | 2,3,6,7,8,11 |
| 3011889065 | $747,000.00 | $333,375.67 | 12/28/2006 | 1158 BRICKELL BAY DR 1211 | MIAMI | FL | Carlos A. Perez | 2,5,8,11 |
| 3011229608 | $1,000,000.00 | $405,608.77 | 1/4/2007 | 835 MURRAY DR | EL CAJON | CA | Alberto Gonzalez | 1,2,3,4,7,8,11 |
| 3011339823 | $1,350,000.00 | $640,763.56 | 1/8/2007 | 840 CHESTNUT ST | HINSDALE | IL | Hasan Ilmaz | 1,2,3,4,6 |
| 3013145390 | $1,750,000.00 | $590,690.06 | 1/8/2007 | 1955 WESTLAKE CT | BLOOMFIELD HILLS | MI | Walter W Williams | 4,7,8,9 |
| 708297552 | $500,000.00 | $491,063.70 | 1/12/2007 | 167 N POINSETTIA PL | LOS ANGELES | CA | Steve M Madrid | 2,3,4,7,11 |
| 737163717 | $750,000.00 | $757,318.67 | 1/17/2007 | 1126 GOLDENROD AVE | CORONA DEL MAR | CA | Rebecca Stubblefield | 3,4 |
| 3013172436 | $1,750,000.00 | $1,110,957.55 | 1/22/2007 | 12341 BAYPOINT TERRACE | BRADENTON | FL | Lydia J Lima | 2,3,4,7, |
| 3012662189 | $4,012,500.00 | $1,359,833.73 | 1/23/2007 | 1111 N VENETIAN DR | MIAMI BEACH | FL | Magda Michelle Hernandez | 2,3,4,7,11 |
| 667453120 | $750,000.00 | $726,087.16 | 1/25/2007 | 509 VAN BEUREN RD | MORRISTOWN | NJ | Roy Williams | 1,2,3,4,5,8 |
| 738015338 | $499,500.00 | $490,798.60 | 1/29/2007 | 3201 MOUNTAIN VIEW AVE | SACRAMENTO | CA | D. Michael Riffle | 4,7,8,11 |
| 3013234574 | $3,825,000.00 | $1,038,779.97 | 1/31/2007 | 500 VOLTZ RD | NORTHBROOK | IL | Steve Novakovsky | 2,3,4,7,8,10 |
| 3013091655 | $4,380,000.00 | $2,068,230.97 | 2/8/2007 | 3534 ISLEWORTH COUNTRY CL | WINDERMERE | FL | Vaughn Fakess | 2,3,4,7,8,10 |
| 762013456 | $465,000.00 | $468,855.76 | 2/9/2007 | 6980 NW 66TH ST | PARKLAND | FL | Ray Maione | 2,3,4,8 |
| 709269286 | $750,000.00 | $736,707.75 | 2/14/2007 | 8720 S OCEAN BLVD APT 1606 | HIGHLAND BEACH | FL | David Aucamp | 2,3,4,8 |
| 766427212 | $417,000.00 | $437,501.84 | 2/16/2007 | 24 GREGORIE NECK ROAD | OKATIE | SC | Billy E. Dilsaver | 1,2,5,9 |
| 763353790 | $700,000.00 | $694,134.00 | 2/23/2007 | 1801 RED HAWK LN | PARK CITY | UT | Ashley Huntington | 1,3,4,7,8,9 |
| 751770918 | $400,000.00 | $408,751.52 | 3/5/2007 | 119 N MERIDITH AVE | PASADENA | CA | Mark Morton | 3,4,7 |
| 3012746578 | $114,840.00 | $448,408.27 | 3/5/2007 | 875 SUNSET RIDGE PL | CHULA VISTA | CA | DeAnna Bahena | 2,3,4,8,11 |
| 3013350149 | $467,200.00 | $404,687.47 | 3/12/2007 | 3311 YUPON ST UNIT | HOUSTON | TX | Lyle D. Street | 3,4,7 |
| 747133726 | $350,000.00 | $499,122.84 | 3/13/2007 | 484 S GOODMAN RD | KISSIMMEE | FL | John Tucci | 3,8 |
| 737316679 | $569,500.00 | $575,731.68 | 3/15/2007 | 1086 TILLER DRIVE | INCLINE VILLAGE | NV | William J. Schilling | 6,7,8 |
| 737283064 | $484,500.00 | $488,077.64 | 3/19/2007 | 841 MAJESTIC RIDGE CT | HENDERSON | NV | Don Nowak | 1,2,3,4,8,11 |
| 762267054 | $435,110.00 | $446,490.07 | 3/20/2007 | 6986 VIA ISLA | ST GEORGE ISLAND | FL | Craig A Robertson | 3,4,8,9 |
| 3013495100 | $1,120,000.00 | $656,161.52 | 3/28/2007 | 7744 TILLMAN DR | ST GEORGE ISLAND | OH | Ralph Applewhite | 1,2,3,4,5,8,9 |
| 3017418330 | $4,600,000.00 | $3,022,253.09 | 4/2/2007 | 5146 KUKUNA RD | ANAHOLA | HI | Carole D. Holden | 1,2,3,4,5,8,9 |
| 3017378765 | $4,280,000.00 | $2,429,697.55 | 4/2/2007 | 1590 VILLA RICA DR | HENDERSON | NV | Sheri N. Flansburg | 2,3,4,8 |
| 768176414 | $500,000.00 | $505,575.59 | 4/10/2007 | 5724 BRANFORD DR | WEST BLOOMFIELD | MI | Timothy McClatchey | 1,2,3,4,8,11 |
| 760046111 | $450,000.00 | $450,090.11 | 4/12/2007 | 42109 LUPIN WAY | LANCASTER | CA | Thomas L Holland | 1,2,11 |
| 747439974 | $750,000.00 | $750,914.47 | 4/13/2007 | 10 CRYSTAL SPRINGS TIER | HILLSBOROUGH | CA | John G. Barnes | 3,4,7 |
| 3017070529 | $137,362.00 | $417,378.63 | 4/18/2007 | 1328 SOUZA DR | EL DORADO HILLS | CA | James H. Fugate | 1,3,4,7,11 |
| 744726651 | $750,000.00 | $752,234.13 | 4/19/2007 | 30854 LOLITA RD | TEMECULA | CA | Matthew Rodariques | 3,4,5 |
| 3013442084 | $460,000.00 | $460,000.00 | 4/25/2007 | 15740 KEYLARD BLVD APT 205 | LOS ANGELES | CA | Robert Carpenter | 3,4,8,11 |
| 768757942 | $460,000.00 | $455,947.52 | 4/27/2007 | 753 123RD AVE | TEMPLE TERRACE | FL | Michael Doubenley | 1,2,3,4,8 |
| 716203088 | $500,000.00 | $489,940.94 | 4/30/2007 | 43902 APPALOOSA DR | LANCASTER | CA | Kara B. Wolfe | 1,2,3,4,8 |
| 3013576297 | $3,597,000.00 | $710,381.52 | 5/1/2007 | 1747 ISLEWORTH COUNTRY | WINDERMERE | FL | Douglas Alan Burton | 2,7,11 |
| 767394646 | $479,760.00 | $488,055.74 | 5/7/2007 | 1747 ENSLEY AVE | LOS ANGELES | CA | Nacer Neciri | 2,3,4,7,8,11 |
| 691389050 | $1,000,000.00 | $662,674.88 | 5/7/2007 | 34 LISMORE RD | LAWRENCE | NY | Domenico Antonelli | 1,3 |
| 770395788 | $480,000.00 | $471,375.84 | 5/8/2007 | 2725 VISTA DEL PIEDRA | JAMUL | CA | Roger H. Wynott | 2,3,4,8,11 |
| 3017727011 | $1,425,000.00 | $875,354.12 | 5/8/2007 | 1331 BRICKELL BAY DR | MIAMI | FL | Bryan Regueira / Abiel Ballesteros | 1,3 |
| 736686645 | $500,000.00 | $500,629.49 | 5/9/2007 | 9909 NW FINZER CT | PORTLAND | OR | Amber Freck | 1,2,4,7,8,9 |
| 750110660 | $750,000.00 | $750,090.91 | 5/14/2007 | 15 CRYSTAL SPRINGS TER | HILLSBOROUGH | CA | Peter K. Nqua | 3,4,7,8 |
| 766947985 | $434,000.00 | $434,489.73 | 5/15/2007 | 1386 CASA VALLECITA | ALAMO | CA | John G. Barnes | 1,2,4,7,8,11 |
| 3017474630 | $3,000,000.00 | $1,699,634.92 | 5/15/2007 | 2641 HEIGHTS VIEW CT | ROCHESTER | MI | Richard Duong / Ronald Keller | 3,4,8,11 |
| 737310854 | $500,000.00 | $491,073.06 | 5/15/2007 | 700 ELDER CIR | AUSTIN | TX | Diana Bratton | 1,3,4,8,9 |

| ID NUMBER | ORIG LOAN AMT | LOSS AMOUNT | LOAN DATE | PROPERTY ADDRESS | CITY NAME | ST | APPRAISER | MAJOR APPRAISAL DEFICIENCIES |
|---|---|---|---|---|---|---|---|---|
| 752230763 | $491,000.00 | $491,780.27 | 5/16/2007 | 24 SHADY LN | IRVINE | CA | Donald J. Mosich | 2, 4, 7, 8 |
| 730194222 | $748,000.00 | $419,126.03 | 5/17/2007 | 3307 SW 20TH AVE | CAPE CORAL | FL | Alyson Washington / Travis Hard | 2, 3, 4, 7, 11 |
| 730187036 | $630,000.00 | $239,920.32 | 5/17/2007 | 5278 SW 183RD AVE | MIRAMAR | FL | Mark Adler | 2, 4, 7, 11 |
| 3017685407 | $1,280,000.00 | $403,542.53 | 5/21/2007 | 4030 FLOWERWOOD LN | FALLBROOK | CA | Matt McIntyre | 3, 4, 8, 11 |
| 3017635313 | $944,000.00 | $410,378.61 | 5/21/2007 | 10975 SW 56 ST | MIAMI | FL | Magda Michelle Hernandez | 2, 3, 4, 11 |
| 764903972 | $425,000.00 | $429,533.35 | 5/21/2007 | 14508 NW DUNBAR LN | PORTLAND | OR | Traynor Daline | 1, 2, 3, 4, 8, 9 |
| 3017621024 | $995,900.00 | $336,597.99 | 5/21/2007 | 9046 RED TULIP COVE | CORDOVA | TN | Duane Ross | 1, 2, 3, 4, 8 |
| 3017726229 | $960,000.00 | $303,194.61 | 5/23/2007 | 10225 SW 130 LN | MIAMI | FL | Ariel Blanco | 2, 3, 4, 7, 8 |
| 3017628942 | $1,830,784.00 | $584,841.72 | 5/23/2007 | 123 EL LEVANTE | SAN CLEMENTE | CA | Jeffrey S Stutz | 3, 4, 7, 8, 11 |
| 769784778 | $550,000.00 | $500,804.54 | 5/24/2007 | 5053 WEBBER COURT | ANTIOCH | CA | Claudia R. Crow | 3, 4, 8, 11 |
| 730219896 | $635,500.00 | $349,288.86 | 5/25/2007 | 6347 NEWHAVEN LN | VALLEJO | CA | Abdul Lecky | 2, 3, 4, 7, 8, 11 |
| 3013809722 | $1,192,500.00/ $238,341.00 | $538,503.38 | 5/29/2007 | 5986 MCCLURE LN | CASTLE ROCK | CO | Mark K. Young | 1, 2, 3, 4, 8, 9 |
| 3017740832 | $1,424,000.00 | $950,617.43 | 5/29/2007 | 43 HELLSTONE RUN | FARMINGTON | CT | Sharon L Denning | 3, 4, 7, 8 |
| 3013828060 | $880,000.00 | $435,797.36 | 5/30/2007 | 401 BRADDOCK AVE N | BUFFALO | MN | Kent Lageson | 2, 3, 4, 7, 8 |
| 744677451 | $1,960,000.00 | $694,401.22 | 5/30/2007 | 895 CARMONA CT | CHULA VISTA | CA | Gregory Shobe | 2, 4, 7 |
| 3017808365 | $1,832,000.00/ $226,710.00 | $873,114.64 | 5/31/2007 | 3925 BLUE CANYON DR | STUDIO CITY | CA | Richard A Royce | 1, 2, 3, 4, 7, 8, 11 |
| 3011904897 | $1,990,000.00/ $1,560,000.00 | $942,579.06 | 6/4/2007 | 511 BALLANTYNE RD | GROSSE POINTE SHORES | MI | James William Cuneo | 1, 2, 3, 4, 7, 8, 11 |
| 763230394 | $599,760.00 | $600,657.17 | 6/5/2007 | 2302 N CAMINO CASCABEL | TUCSON | AZ | Ronald A. Keeler | 2, 3, 4, 8 |
| 3013857242 | $1,119,200.00 | $421,588.02 | 6/5/2007 | 222 1/2 39TH STREET | NEWPORT BEACH | CA | Brenda S. Tucker | 1, 3, 4 |
| 3013817592 | $1,440,000.00 | $903,784.84 | 6/7/2007 | 125 W GLACIER LILLY DR | ALPINE | UT | Golden J Meier | 1, 2, 3, 4, 7, 8 |
| 3013847664 | $1,360,000.00/ $375,000.00 | $495,934.43 | 6/12/2007 | 11539 WILLOW SPRINGS DR | ZIONSVILLE | IN | Brian E. Woodall | 1, 3, 4, 8, 11 |
| 747106383 | $1,360,000.00/ $363,301.00 | $430,704.45 | 6/12/2007 | 1877 VIA DI SALERNO | PLEASANTON | CA | Neil Smith | 2, 3, 4, 7, 11 |
| 509422290 | $770,000.00 | $545,765.58 | 6/12/2007 | 115 MIRROR CT | PATTERSON | CA | Robert A. Smolke | 3, 4, 7, 8, 11 |
| 3017678020 | $2,560,000.00 | $1,687,498.08 | 6/14/2007 | 759 LAKE SHORE RD | GROSSE POINTE SHORES | MI | Carl G. Williams | 1, 2, 3, 4, 7, 8, 11 |
| 3013912781 | $816,000.00 | $580,531.07 | 6/14/2007 | 4184 STRATHDALE LN | WEST BLOOMFIELD | MI | Sloan M Hoagan | 1, 2, 3, 4, 5, 7, 8, 11 |
| 3013877261 | $1,000,000.00 | $389,176.57 | 6/15/2007 | 26500 ARBOR CREEK LN | SHOREWOOD | MN | Mary J. Hilla | 3, 4, 8, 9 |
| 3013888664 | $1,890,000.00 | $383,356.67 | 6/18/2007 | 35 FORT ROYAL ISLE | FORT LAUDERDALE | FL | Ira Cherry / Kenneth Swenson | 1, 2, 3, 4, 7, 11 |
| 3013920545 | $756,000.00 | $494,494.93 | 6/18/2007 | 500 SOUTHFIELD RD | BIRMINGHAM | MI | James B. Wolter | 1, 2, 3, 4, 8, 10 |
| 3017693688 | $708,000.00 | $400,258.33 | 6/19/2007 | 3021 SUPERIOR CT | TRACY | CA | Vicki Amerson | 1, 3, 4, 5, 8 |
| 3017869243 | $1,760,000.00 | $1,232,675.15 | 6/19/2007 | 2776 BASS AVE | KEY LARGO | FL | David Ruz | 1, 2, 3, 4, 7, 8 |
| 770390755 | $570,000.00 | $679,288.95 | 6/19/2007 | 3016 HENDERSON MILL RD | ATLANTA | GA | Daryl Syphloe | 3, 4, 7, 8 |
| 3013879933 | $1,350,000.00/ $496,000.00 | $631,802.40 | 6/20/2007 | 4335 SW 60 PL | MIAMI | FL | Miguel A. Febles | 2, 3, 4, 7, 11 |
| 3017931100 | $61,380.00/ $1,385,000.00 | $263,294.47 | 6/20/2007 | 323 E CHESTNUT AVE | SANTA ANA | CA | Jean Hauhui Su / Carlos Garcia | 1, 2, 3, 4, 7, 8, 11 |
| 3013868405 | $349,785.00 | $861,744.31 | 6/21/2007 | 2233 KEYSTONE BLVD | NORTH MIAMI | FL | Victor Gracia | 1, 2, 3, 4, 7, 11 |
| 3013740506 | $1,000,000.00/ $240,000.00 | $446,189.35 | 6/22/2007 | 44950 NW ELK MOUNTAIN RD | BANKS | OR | Don Leader | 3, 4, 8 |
| 3013883974 | $1,380,000.00/ $276,675.00 | $662,479.12 | 6/22/2007 | 4459 SHERIDAN AVE | MIAMI BEACH | FL | Victor Garcia / Carlos Garcia | 2, 3, 4, 5, 8, 11 |
| 3014020980 | $2,368,000.00 | $1,107,564.81 | 6/22/2007 | 252 OTIS RD | BARRINGTON | IL | Brian Benson | 1, 3, 4, 8, 9 |
| 3014028553 | $1,360,000.00 | $946,455.05 | 6/25/2007 | 74 A ST | PANAMA CITY BEACH | FL | Carvel Good / John Ridley | 1, 3, 4, 7, 8, 11 |

| ID NUMBER | ORIG LOAN AMT | LOSS AMOUNT | LOAN DATE | PROPERTY ADDRESS | CITY NAME | ST | APPRAISER | MAJOR APPRAISAL DEFICIENCIES |
|---|---|---|---|---|---|---|---|---|
| 3014029783 | $1,080,000.00 | $796,515.69 | 6/27/2007 | 1954 BISSELL ST | CHICAGO | IL | Robert Fabis | 2,3,4,7,8 |
| 3017868717 | $2,925,000.00 | $404,830.60 | 6/27/2007 | 3718 HAYVENHURST | LOS ANGELES | CA | Lance Thomas | 1,2,3,4,7,8 |
| 3017902135 | $4,335,000.00 | $1,393,500.15 | 6/29/2007 | 29416 MALIBU VIEW CT | AGOURA | CA | John Henke | 1,2,3,4,7,8,11 |
| 3175519729 | $750,000.00 | $759,006.98 | 7/3/2007 | 8 RUE GRIMALDI WAY | HENDERSON | NV | Marvin L Cole | 1,2,3,4,7,8,11 |
| 773367172 | $500,000.00 | $502,224.53 | 7/9/2007 | 245 46th Ave | St Pete Beach | FL | Michael Doubrelley | 2,3,4,7,10,11 |
| 3017972401 | $2,197,000.00/ $500,000.00 | $1,187,887.00 | 7/10/2007 | 301 SERENITY WAY | WATSONVILLE | CA | Keith J. Balch | 3,4,7,8 |
| 772409355 | $1,250,000.00 | $521,160.00 | 7/12/2007 | 1514 EUSTON DR | REUNION | FL | Stephanie A. Bauer | 1,3,4,8,11 |
| 3014021723 | $3,336,000.00 | $1,566,766.12 | 7/13/2007 | 5141 GULF DR | PANAMA CITY | FL | Michael A Gunn | 2,3,7,11 |
| 3013904275 | $2,180,000.00/ $250,000.00 | $975,153.99 | 7/16/2007 | 78 BARKERS POINT RD | PORT WASHINGTON | NY | Joan Rutherford | 3,4,8 |
| 3014057230 | $1,875,000.00 | $564,940.46 | 7/16/2007 | 10 VINTAGE RIDGE DR | LAS VEGAS | NV | Thomas Mirkovich | 2,4,8,11 |
| 3014068674 | $1,345,000.00 | $536,482.55 | 7/17/2007 | 11375 DONA LISA DR | LOS ANGELES | CA | Robert Rodriguez | 2,3,4,8,11 |
| 3017989991 | $1,040,000.00/ $105,500.00 | $618,554.77 | 7/18/2007 | 140 SPANISH MARSH DR | ST AUGUSTINE | CA | Jama Lichtenwalter | 1,3,4,7,12 |
| 3014098135 | $2,400,000.00 | $921,594.54 | 7/18/2007 | 6287 BRANFORD DR | WEST BLOOMFIELD | MI | James L. Valiquett | 3,4 |
| 3014116671 | | $989,105.13 | 7/24/2007 | 576 NEAPOLITAN LN | NAPLES | FL | Kathleen Coer | 2,3,4,8 |
| 3014203073 | $1,500,000.00/ $299,900.00 | $873,625.58 | 7/25/2007 | 36011 CALLE DE LOBO | MURRIETA | CA | Kimberly J. Mendell | 1,4 |
| 775719784 | $2,400,000.00/ $479,680.00 | $479,680.00 | 7/25/2007 | 1768 TOZZETTI LANE | HENDERSON | NV | Eugenia Mueller | 3,4,8 |
| 3014149425 | $2,850,000.00 | $1,029,352.31 | 7/27/2007 | 24059 N 113TH WAY | SCOTTSDALE | AZ | Rodney R Smith | 1,3,4,8,9,11 |
| 3018027676 | $452,000.00/ $56,400.00 | $271,422.17 | 7/27/2007 | 26885 WINTER PARK PL | MORENO VALLEY | CA | Joseph Wong | 2,3,4,8,11 |
| 3018119762 | $479,000.00 | $819,209.33 | 7/27/2007 | 1052 LOWRY RANCH | CORONA | CA | Jason D. Stout | 2,3,4,8,11 |
| 3018163713 | $6,750,000.00 | $435,526.50 | 7/27/2007 | 144 SPANISH MARSH DR | SAINT AUGUSTINE | CA | Jama Lichtenwalter | 3,4,7,12 |
| 3018162426 | | $898,738.99 | 7/27/2007 | 5800 HARDSCRABBLE CIRCLE | MINNETRISTA | MN | John Bader | 8 |
| 3017949763 | $1,715,000.00 | $905,183.04 | 7/27/2007 | 188 OCEAN VIEW DR | KEY LARGO | FL | Mark J. MacLaughlin | 3,7 |
| 689457039 | $500,000.00 | $500,980.48 | 7/27/2007 | 10 HIDDEN PASS | NEWPORT COAST | CA | Sara Martin / Judith Hunter | 3,4,8,11 |
| 3014274884 | $2,720,000.00 | $1,948,111.06 | 7/30/2007 | 12040 LANDOVER LN | FISHERS | IN | Jeffrey L. DeBruler | 1,2,3,4,9 |
| 3017437710 | $900,000.00 | $461,536.20 | 7/30/2007 | 1057 and 1059 E Main St | SIMI VALLEY | CA | Sherry Carlson / Steven T. Cody | 2,3,8 |
| 3014076230 | $1,436,850.00/ $1,190,000.00/ | $438,640.29 | 7/31/2007 | 511 WINDWARD PASSAGE | CLEARWATER BEACH | FL | A.A. Little | 2,3,4,7,11 |
| 3013989003 | $255,000.00 | $627,724.91 | 7/31/2007 | 2582 S SYCAMORE VILLAGE | APACHE JUNCTION | AZ | Tommy Trout | 1,2,3,4,8 |
| 3013849918 | $2,625,000.00 | $911,067.70 | 7/31/2007 | 211 ARI WAY | MIAMI BEACH | FL | Rolando Lazaro Rodriguez / Nelson A. Ruiz | 2,3,8 |
| 3018113559 | $2,992,265.00 | $436,503.26 | 7/31/2007 | 14390 DOUGLASS LN | SARATOGA | CA | William E Reese | 3,8,11 |
| 730250016 | $395,500.00 | $354,492.35 | 8/3/2007 | 1910- 10101/25 WASHBURN | CORONA | CA | Craig M. Ballinger | 1,2,3,4,8 |
| 3014148559 | $1,350,000.00 | $542,809.45 | 8/3/2007 | 4444 ALTON RD | MIAMI BEACH | FL | Francisco Ares | 2,3,4,7,8,11 |
| 767803836 | $500,000.00 | $503,416.60 | 8/6/2007 | 895 BAJA STREET | Laguna Beach | CA | Michael H. Nguyen | 2,3,7,8 |
| 3014266164 | $2,025,000.00 | $562,748.16 | 8/10/2007 | 1723 CASTELLANA RD | LA JOLLA | CA | Cliff Bourland | 2,3,4,11 |
| 3018328786 | $2,480,000.00 | $452,519.85 | 8/10/2007 | 19201 BRIARFIELD WAY | TARZANA | CA | Armen Khrloyan | 1,2,3,4,11 |
| 3014016434 | $1,547,500.00 | $496,044.09 | 8/13/2007 | 1738 HERON RIDGE DR | BLOOMFIELD HILLS | MI | Stephanie M Schulez | 1,4,8 |
| 3018153332 | $880,000.00/ $280,430.16 | $280,430.16 | 8/13/2007 | 10601 VIA MILANO DR | FORT MYERS | FL | Ashley Law McCann / John McCann | 4,8 |
| 3014234934 | $960,000.00 | $448,917.95 | 8/15/2007 | 2969 VALLEY ST | CARLSBAD | CA | Ian M Browell | 2,3,4,11 |
| 3014227940 | $1,430,000.00 | $978,680.54 | 8/14/2007 | 5683 RIVERVIEW DR | WEST BLOOMFIELD | MI | Kathleen A. Alan | 1,3,8 |
| 3011898509 | $3,700,000.00 | $1,564,353.28 | 8/15/2007 | 4720 RIVERVIEW BLVD | BRADENTON | FL | Jay A Whitham | 1,3,4 |
| 3014201879 | $992,250.00 | $617,613.40 | 8/15/2007 | 6486 WYNDHAM DR | WEST BLOOMFIELD | MI | Edward E. Bowen II | 1,2,3,4,7,8,11 |

| ID NUMBER | ORIG LOAN AMT | LOSS AMOUNT | LOAN DATE | PROPERTY ADDRESS | CITY NAME | ST | APPRAISER | MAJOR APPRAISAL DEFICIENCIES |
|---|---|---|---|---|---|---|---|---|
| 3014340628 | $780,000.00 | $243,124.71 | 8/16/2007 | 8631 GULLANE CT | WEST PALM BEACH | FL | Perry B. Orbino | 2, 3, 4, 11 |
| 3014383396 | $1,137,500.00 | $407,882.72 | 8/16/2007 | 808 E GORRIE DR | ST GEORGE ISLAND | FL | John Schrader | 2, 4 |
| 3014250868 | est $496,000.00/ $124,000.00 | $241,830.58 | 8/20/2007 | 28906 W VISTA GRANDE DR | SANTA NELLA | CA | Daniel Burten | 1, 2, 3, 4, 7, 11 |
| 3018838277 | $1,296,397.00 | $456,280.21 | 8/21/2007 | 8282 EMERALD AVE | PARKLAND | FL | Dominick Ali | 3 |
| 3018626236 | $2,400,000.00 | $660,918.49 | 8/24/2007 | 142 OASIS LN | MOORESVILLE | NC | Barry Hilton | 2, 3, 4 |
| 747630463 | $496,000.00 | $496,673.90 | 8/27/2007 | 897 ADAMSGROVE AVE | WALNUT | CA | Nancy Gregory | 3, 4 |
| 3018214159 | $1,920,000.00 | $1,262,338.20 | 8/31/2007 | 21716 CAIRO HOLLOW RD | ATHENS | AL | Teddy R. Mullins | 3, 4 |
| 3014573561 | $1,232,500.00/ $217,690.00 | $419,697.27 | 8/31/2007 | 22081 NOLA CT | AUBURN | CA | Edward F Burke | 1, 2, 3, 4, 8 |
| 766044036 | $500,000.00 | $448,110.65 | 8/31/2007 | 4220 W JACARANDA AVE | BURBANK | CA | Arnold Placencio | 1, 2, 3, 4, 8 |
| 749987948 | $480,000.00 | $481,004.90 | 9/7/2007 | 4830 ANGELUS VISTA BLVD | LOS ANGELES | CA | Michael A. Rizzotti | 3, 4, 11 |
| 3014479731 | $1,820,000.00 | $1,056,579.37 | 9/10/2007 | 3370 HIDDEN BAY DR | AVENTURA | FL | Michael Bermudez | 2, 3, 7, 11 |
| 3014447504 | $990,000.00/ $472,000.00/ | $341,494.01 | 9/10/2007 | 8267 E DIXIE HWY | MIAMI | FL | Frank Figarola / Andre Lageyre | 2, 3, 4, 8 |
| 3018285036 | $57,000.00 | $264,012.53 | 9/12/2007 | 364 RAINIER DR | SALINAS | CA | Eugene F. Ulrich | 3, 4, 8, 11 |
| 3014409771 | $1,610,000.00 | $1,235,135.10 | 9/13/2007 | 5535 HAMPSHIRE DR | WEST BLOOMFIELD | MI | James L. Valquett | 3, 4, 8, 12 |
| 3018303291 | est $126,000.00/ $131,000.00 | $418,590.81 | 9/13/2007 | 12643 COLLINS ST | LOS ANGELES | CA | Mark St George | 1, 3, 4, 11 |
| 768925857 | $500,000.00 | $498,350.71 | 9/14/2007 | 16116 RIO FLORIDA DR | WHITTIER | CA | Nancy Gregory | 3, 4 |
| 3011187774 | $708,000.00 | $1,386,553.02 | 9/18/2007 | 203 18TH ST NW | BRADENTON | FL | Diana Pearl | 3, 4, 8 |
| 3018487409 | $852,000.00/ $105,000.00 | $316,339.26 | 9/20/2007 | 1800 S OCEAN DR | HALLANDALE BEACH | FL | Val Tsybevich | 2, 3, 4, 7, 11 |
| 781396585 | $400,000.00 | $401,364.23 | 9/20/2007 | 11833 DAVID LN | SUN VALLEY | CA | Howard Hack | 2, 4, 11 |
| 3018491637 | $1,840,000.00/ $227,700.00 | $1,033,020.16 | 9/21/2007 | 19448 LASSEN ST | LOS ANGELES | CA | Norman H Bragar | 2, 3, 4, 8 |
| 3014557890 | $1,600,000.00 | $1,066,860.70 | 9/26/2007 | 2105 BIG HORN DR | AUSTIN | TX | John Dececco | 1, 2, 3, 4 |
| 3018120957 | $880,000.00/ $220,000.00 | $261,805.36 | 9/26/2007 | 11633 SPY GLASS DR | NORTHRIDGE | CA | Rodney Gresko | 2, 3, 4, 8, 11 |
| 3018627955 | $1,290,000.00 | $242,256.85 | 9/27/2007 | 3107 OAKS | SANTA ROSA | CA | Christian M. Dunn | 2, 4, 5 |
| 3018328970 | $2,880,000.00 | $1,483,947.51 | 9/27/2007 | 1475 N BUNDY DR | LOS ANGELES | CA | Harold Paul Vaughan | 2, 3, 4, 8 |
| 3018235970 | $970,000.00 | $499,171.12 | 9/28/2007 | 7915 SW 131 ST | MIAMI | FL | Miguel A Febles | 2, 3, 4, 8 |
| 3014682920 | $3,150,000.00 | $1,291,834.58 | 10/4/2007 | 9106 LEESBURG PIKE | VIENNA | VA | Sampson Winfield | 3, 4, 7, 8, 11 |
| 3014591808 | $2,680,000.00 | $832,030.78 | 10/5/2007 | 87 FOREST AVE | NEWTON | MA | Stu Oliver | 2, 3, 4, 7, 11 |
| 3014179499 | $2,250,000.00 | $479,741.29 | 10/5/2007 | 6107 LAGUNA DR W | MIAMI BEACH | FL | Giles Hofacer | 2, 3, 4 |
| 3014797637 | $3,000,000.00 | $2,332,091.65 | 10/18/2007 | 2105 WOODSTOCK RD | GATES MILLS | OH | William Werner | 1, 2, 3, 4, 8 |
| 3018484778 | $936,000.00 | $415,034.66 | 10/10/2007 | 1233 W LEXINGTON ST | WASHINGTON | UT | David J. Messer | 1, 2, 3, 4 |
| 3018465132 | $2,450,000.00 | $1,721,582.20 | 10/26/2007 | 5345 SWAN LANE DR | BLOOMFIELD HILLS | MI | Terry W. Hanning | 3, 4, 7, 11 |
| 3018552475 | $560,000.00 | $349,636.42 | 10/29/2007 | 19661 MARINO LAKES CIRCLE | FORT MYERS | FL | Dan Mahoney | 3, 4 |
| 3011837766 | $2,250,000.00 | $818,309.24 | 10/29/2007 | 418 ANCHORAGE DR | NOKOMIS | FL | Randall R. Fairchild | 3, 4, 8, 11 |
| 3014575620 | $1,590,000.00 | $581,684.16 | 10/29/2007 | 2607 EASTWOOD DR | ESCONDIDO | CA | Gregory Stobe | 2, 3, 4, 5, 11 |
| 3014763375 | $1,480,000.00 | $543,130.51 | 10/30/2007 | 3520 1 ST NE | WASHINGTON | DC | Samuel Dominguez | 2, 3, 4, 8 |
| 3018806636 | $2,450,000.00 | $598,975.11 | 11/13/2007 | 7841 W 81ST ST | PLAYA DEL REY | CA | Terry T Toman | 1, 2, 3, 4, 7, 8 |
| 3014864940 | $2,030,000.00 | $715,660.53 | 11/14/2007 | 5409 W ONYX CIR | COEUR D ALENE | ID | Gary L Cook | 1, 3, 4, 8, 11 |
| 3014466911 | $1,350,000.00 | $420,954.22 | 11/16/2007 | 80500 VIA TALAVERA | LA QUINTA | CA | Abdi Rahgoshay | 1, 2, 3, 4 |
| 3018795264 | $948,800.00/ $118,481.00 | $303,860.46 | 11/19/2007 | 14280 N SANTA FE ST | WESTMINSTER | CO | Marc P. Wyman | 1, 2, 3, 4 |
| 3018733380 | $1,000,000.00 | $294,273.15 | 11/21/2007 | 10716 MIRASOL DR | FORT MYERS | FL | Dan Mahoney | 3, 4 |
| 3018791438 | $2,340,000.00 | $939,901.34 | 11/29/2007 | 4508 NOELINE AVE | ENCINO | CA | Lance S. Thomas | 1, 3, 4 |
| 3014887750 | $1,722,500.00 | $770,133.68 | 11/30/2007 | 2801 LOWER MATECUMBE RD | KEY LARGO | FL | Gayle Gottfried | 2, 3, 4 |
| 3014925945 | $1,240,000.00 | $525,397.16 | 12/6/2007 | 738 S HIGHLAND AVE | LOS ANGELES | CA | Jim Brandl | 1, 2, 3, 4, 6, 8 |
| 3018364798 | $1,500,000.00 | $529,067.21 | 12/7/2007 | 5667 W SELLA CT | EAGLE | ID | Michael W Louie | 2, 3, 4, 7 |

| ID NUMBER | ORIG LOAN AMT | LOSS AMOUNT | LOAN DATE | PROPERTY ADDRESS | CITY NAME | ST | APPRAISER | MAJOR APPRAISAL DEFICIENCIES |
|---|---|---|---|---|---|---|---|---|
| 3018922228 | $1,188,750.00 | $546,543.72 | 12/13/2007 | 5045 MCCLURE LN | CASTLE ROCK | CO | Frank (Francisco) Alberti | 3,4,8 |
| 3018812424 | $1,640,000.00 | $344,130.68 | 12/18/2007 | 9361 EDEN MANOR | PARKLAND | FL | Idael L. Bolano | 3,4,8,12 |
| 3014891422 | $2,135,000.00 | $730,688.19 | 12/21/2007 | 8001 PALM LAKE DR | ORLANDO | FL | John H. Baldwin | 1,3,4,8,11 |
| 3015038551 | $1,529,000.00 | $436,943.41 | 12/27/2007 | 9420 OAK LEAF DR | CHATSWORTH | CA | David M. Murray | 1,2,3,4 |
| 3015215787 | $1,680,000.00 | $467,517.99 | 1/9/2008 | 3531 N 80TH ST | MESA | AZ | Michael S. Mason | 3,4 |
| 791018179 | $250,000.00 | $503,073.78 | 1/11/2008 | 625 S BERENDO ST APT 305 | LOS ANGELES | CA | John R Rooks | 1,4,11 |
| 744677931 | $1,362,500.00 | $599,378.00 | 3/14/2007 | 13318 RICKS RANCH RD | VALLEY CENTER | CA | Gregory Shobe | 4,7,8,11 |
| 3017112974 | $1,092,000.00 | $412,493.24 | 4/16/2007 | 58 CHRISTOPHER ST | MISSION VIEJO | CA | William E Leconto | 2,3,8 |
| 752231423 | $1,000,000.00 | $1,000,912.59 | 5/31/2007 | 3808 VISTA AZUL | SAN CLEMENTE | CA | William E Leconto | 1,3,4,7,8,11 |
| 763052032 | $500,000.00 | $501,595.59 | 7/17/2007 | 39674 MOUNT HOPE DR | LEBANON | OR | Donald K. Mitchell | 1,3,4 |
| 3018093678 | $1,092,800.00/ $121,700.00 | $685,636.88 | 8/13/2007 | 17721 VIA BELLA ACQUA CT #802 | FORT MYERS | FL | John McCann | 3,11 |
| 747848869 | $674,925.00 | $663,145.00 | 9/24/2007 | 4525 DEAN MARTIN DR UNIT 1508 | LAS VEGAS | NV | Michael W. Dennis | 2,4,11 |
| 3018802144 | $1,258,600.00 | $401,515.27 | 11/14/2007 | 51 BYRAM RD | GREENWICH | CT | Arthur Parrish | 1,3,4,8 |
| TOTAL | $157,730,614.80 | | | | | | | |

**EXHIBIT D**

# EXHIBIT

# "D"

## Key for List of Major Appraisal Deficiencies

1: Appraisal contains an inadequate analysis of subject contract or inadequate analysis or reporting of prior listings.

2: Appraiser fails to report sales of the subject property within the last 3 years or fails to explain large value increase in subject appraisal from previous sales.

3: Appraiser uses poor or improper comparables and/or avoids better comparables.

4: Appraiser makes improper or inconsistent adjustments to comparables, i.e. per square foot differences not reasonable, large unsupported adjustments for intangibles such as view, etc.

5: Appraiser lacks proper level of certification for value of property appraised.

6: Appraiser does not investigate deficiencies in subdivision where property is located, i.e. lack of utilities or lack of amenities promised to buyers.

7: Appraiser omits or misrepresents significant physical or locational characteristics of the property.

8: Appraiser does not use cost approach; uses the cost approach incorrect, often without support for site value; or fails to reconcile the cost approach with the sales comparison approach.

9: Appraiser has been sanctioned, suspended, or had their license revoked, or was under investigation while performing work.

10: Flip transactions one day apart with appraisal supporting much higher sales price, not noting lower priced contract on subject.

11: Appraiser checks block that states market is stable, or otherwise indicates a stable or thriving market, while the market is known to be in decline.

12: Appraiser finds no recent sales (market is in decline, sales are few), so appraiser reaches back in time to find comps at high prices under market conditions that no longer exist.

EXHIBIT E

# EXHIBIT

# "E"



# LSI RESPONSE TO

## WASHINGTON MUTUAL, INC.

## REQUEST FOR PROPOSAL

**Project Cornerstone**

January 16, 2006

## Confidential



**Confidential Treatment Requested**

LSI2-0415409

**LSI Response to**
**Washington Mutual Project Cornerstone RFP (Rev A)**

## Table of Contents

| | | |
|---|---|---|
| EXECUTIVE SUMMARY | | 3 |
| GLOSSARY OF TERMS | | 4 |
| ATTACHMENT 1. | INTENT TO BID FORM | 5 |
| ATTACHMENT 2. | AUTHORIZATION LETTER | 6 |
| ATTACHMENT 3. | PROPOSAL CHECKLIST | 7 |
| ATTACHMENT 4. | SUPPLIER INFORMATION | 8 |
| ATTACHMENT 5. | REFERENCES | 29 |
| ATTACHMENT 6. | MINORITY BUSINESS PARTICIPATION | 33 |
| ATTACHMENT 7. | JOINT PROCESS IMPROVEMENT PLANS | 35 |
| ATTACHMENT 8. | APPRAISAL FUNCTIONS | 42 |
| ATTACHMENT 9. | SERVICE LEVELS | 52 |
| ATTACHMENT 10. | IMPLEMENTATION REQUIREMENTS | 57 |
| ATTACHMENT 11. | PRICING AND SUPPLIER VOLUME INFORMATION | 59 |

**Confidential Treatment Requested**                              **LSI2-0415410**

**LSI Response to**
**Washington Mutual Project Cornerstone RFP (Rev A)**

### EXECUTIVE SUMMARY

LSI would like to thank Washington Mutual for the opportunity to respond to its Request for Proposal. LSI believes that as the largest provider of centralized Title, Closing and Appraisal services in the industry, we are best positioned to assist Washington Mutual in reaching its stated goals.

In the past five years, LSI has separated itself as the premier provider of unique and automated solutions. The accomplishment of these goals has been fueled by the commitment of LSI's parent, FNF, to differentiate itself by acquiring industry leading technologies, service providers and data repositories.

In choosing to partner with LSI, Washington Mutual will realize the following benefits:

- The largest and most creative I.T. infrastructure in the industry
- The highest level of data security available in the industry
- The most profitable provider in the real estate service space
- The most highly reserved company in the industry
- More investment dollars being spent than any of our competitors
- Strict adherence to all regulatory matters including SAS 70, Sarbanes-Oxley, Gramm-Leach Bliley and RESPA
- The industry's largest network of sub-contractors
- Access to the industry's most creative and impactful process improvement tools such as AQUA, HELP, Closing Stream, Decision Stream, CVI and Property Tax Direct

Perhaps most importantly, LSI has enjoyed and currently maintains a positive track record of service with Washington Mutual. As a collaborative partner, LSI is very confident that we will be able to effectively support Washington Mutual's strategic goals while continuing to advance the process of bringing efficiency and cost savings to the business of mortgage lending.

Our recommendation is the development of a joint venture, which as proposed, provides for the optimal balance of revenue, speed of execution, risk mitigation, reduced legal concerns and assured positive outcome.

Once again, thank you for considering our response and we look forward to discussing it with Washington Mutual in the near future.

Sincerely,

Ron Frazier
President
LSI

Confidential Treatment Requested                                LSI2-0415411

## LSI Response to
## Washington Mutual Project Cornerstone RFP (Rev A)

### GLOSSARY OF TERMS

| | |
|---|---|
| AQUA | Automated Quality Underwriting Authority, LSI's instant title decisioning tool |
| AUS | Automated Underwriting System |
| AVM | Automated Valuation Model |
| CMS | Call Management System |
| CVI | Collateral Valuation Insurance |
| DMAIC | Defined, Measure, Analyze, Improve and Control (Six Sigma Process) |
| E&O | Errors & Omissions |
| eLS | eLenderSolutions, LSI's proprietary processing system |
| EPN | Electronic Partner Network |
| FAV | Field Asset Verification |
| FHLMC | Freddie Mac |
| FIRREA | Financial Institutions Reform, Recovery and Enforcement Act of 1989 |
| FIS | Fidelity National Information Services |
| FNF | Fidelity National Financial |
| FNMA | Fannie Mae |
| FNTIC | Fidelity National Title Insurance Company |
| FTE | Full Time Equivalents |
| HELP | Home Equity Loan Policy, LSI's instant home equity title solution |
| HQ | Hansen Quality, a valuation company also owned by Fidelity |
| IAC | Industry Advisory Council |
| IT | Information Technology |
| JV | Joint Venture |
| LSI | A Division of Fidelity National Financial, Inc. |
| MISMO | Mortgage Industry Standards Maintenance Organization |
| MSA | Metropolitan Statistical Area |
| MSP | Mortgage Servicing Platform, largest mortgage servicing technology solution in the US, product offered through Fidelity National Information Services division |
| MWDBE | Minority Women Disabled Business Enterprises |
| OCR | Optical Character Recognition |
| OV | Optis Value |
| PMI | Private Mortgage Insurance |
| PUD | Planned Unit Development |
| QA | Quality Assurance |
| QCE | Quick Collateral Evaluation |
| RESPA | Real Estate Settlement Procedures Act |
| ROI | Return on Investment |
| ROV | Reconsideration of Value |
| SLA | Service Level Agreement |
| SOX | Sarbanes - Oxley |
| SRA | Senior Residential Appraiser |
| TAVMA | Title/Appraisal Vendor Management Association |
| URAR | Uniform Residential Appraisal Report |
| USPAP | Uniform Standards of Professional Appraisal Practice |
| VMC | Vendor Management Company |
| VPN | Virtual Private Network |

**Confidential Treatment Requested**                                LSI2-0415412

**LSI Response to**
**Washington Mutual Project Cornerstone RFP (Rev A)**

**Attachment 1. INTENT TO BID FORM**

**(refer to Section 2.1.1)**
**Washington Mutual**
**Project Cornerstone RFP**
**Intent to Bid Due Date: Tuesday, December 27, 2005**

**To:**

Jennifer Hsu – Strategic Sourcing
Washington Mutual, Inc.
1111 Third Avenue, EET2550
Seattle, WA 98101
Fax Number: (206) 490-3422

**From:**

| | |
|---|---|
| Contact Name: | Joe Greve |
| Company Name: | LSI, A FNF Company |
| Company Address: | 700 Cherrington Parkway, Coraopolis, PA 15108 |
| Phone: | 216-328-2055 |
| Fax: | 412-299-4270 |
| E-mail: | jgreve@lsi.fnf.com |

We intend to respond to the **Washington Mutual RFP** for:
**Project Cornerstone:**

Appraisal Outsourcing:       *Yes* [X] *No* [ ]

Appraisal Joint Venture / LLC:       *Yes* [X] *No* [ ]

| | |
|---|---|
| LSI | December 22, 2005 |
| Company Name | Date |
| Joe Greve | *[signature]* |
| Contact Name (Please Print) | Signature of Contact Person |

**Confidential Treatment Requested**                                    **LSI2-0415413**

Case: 10-05245   Doc# 373-2   Filed: 02/03/14   Entered: 02/05/14 10:53:25   Page 15 of 20

1

2

3

4

5

6

7

8

9                          **EXHIBIT 2**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Request for Judicial Notice of the                    8                    Adversary Case  10-05245
Receivership LSI Appraisal Complaint                                       Bkr. Case  08-55305 ASW

| ID NUMBER | ORIG LOAN AMT | LOSS AMOUNT | LOAN DATE | PROPERTY ADDRESS | CITY NAME | ST | APPRAISER | MAJOR APPRAISAL DEFICIENCIES |
|---|---|---|---|---|---|---|---|---|
| 3014029783 | $1,080,000.00 | $796,515.69 | 6/27/2007 | 1954 BISSELL ST | CHICAGO | IL | Robert Fabis | 2,3,4,7,8 |
| 3017858717 | $2,925,000.00 | $404,830.60 | 6/27/2007 | 3718 HAYVENHURST | LOS ANGELES | CA | Lance Thomas | 1,2,3,4,7,8 |
| 3017902135 | $4,155,000.00 | $1,391,500.15 | 6/29/2007 | 29416 MALIBU VIEW CT | AGOURA | CA | John Henke | 1,2,3,4,7,8,11 |
| 775539729 | $750,000.00 | $759,006.98 | 7/3/2007 | 8 RUE GRIMALDI WAY | HENDERSON | NV | Marvin D. Cole | 1,2,3,4,7,8,11 |
| 773367172 | $500,000.00 | $502,224.53 | 7/9/2007 | 345 46th Ave | St Pete Beach | FL | Michael Douberley | 2,3,4,7,10,11 |
| 3017972401 | $2,197,000.00/ | $1,187,887.00 | 7/10/2007 | 901 SERENITY WAY | WATSONVILLE | CA | Keith J. Balch | 3,4,7,8 |
| 772409355 | $500,000.00/ $1,250,000.00 | $521,160.00 | 7/12/2007 | 1514 EUSTON DR | REUNION | FL | Stephanie A. Bauer | 1,3,4,8,11 |
| 3014021723 | $3,356,000.00 | $1,566,766.12 | 7/13/2007 | 5141 GULF DR | PANAMA CITY | FL | Michael A Gunn | 2,3,7,11 |
| 3013904275 | $2,180,000.00/ $250,000.00 | $975,153.59 | 7/16/2007 | 78 BARKERS POINT RD | PORT WASHINGTON | NY | Joan Rutherford | 3,4,8 |
| 3014057230 | $1,875,000.00 | $564,940.46 | 7/16/2007 | 10 VINTAGE RIDGE DR | LAS VEGAS | NV | Thomas Mirkovich | 2,4,8,11 |
| 3014068674 | $1,345,000.00 | $536,482.55 | 7/17/2007 | 11375 DONA LISA DR | LOS ANGELES | CA | Robert Rodriguez | 2,3,4,8,11 |
| 3017989991 | $1,040,000.00/ $129,500.00 | $618,554.77 | 7/18/2007 | 140 SPANISH MARSH DR | ST AUGUSTINE | FL | Jama Lichtenwalner | 1,3,4,7,12 |
| 3014098135 | $1,400,000.00 | $921,594.51 | 7/18/2007 | 6257 BRANFORD DR | WEST BLOOMFIELD | MI | James L. Valiquett | 3,4 |
| 3014119677 | $2,400,000.00 | $989,105.13 | 7/24/2007 | 576 NEAPOLITAN LN | NAPLES | FL | Kathleen Cesar | 2,3,4,8 |
| 3014203073 | $1,500,000.00/ $299,900.00 | $873,625.58 | 7/25/2007 | 36011 CALLE DE LOBO | MURRIETA | CA | Kimberly J. Mendell | 1,4 |
| 775719784 | $2,400,000.00/ $479,680.00 | $479,680.00 | 7/27/2007 | 768 TOEZZETTI LANE | HENDERSON | NV | Eugenia Mueller | 3,4,8 |
| 3014149425 | $2,850,000.00 | $1,029,552.31 | 7/27/2007 | 24089 N 113TH WAY | SCOTTSDALE | AZ | Rodney R Smith | 1,3,4,8,9,11 |
| 3018027676 | $452,000.00/ $56,400.00 | $271,422.17 | 7/27/2007 | 26985 WINTER PARK PL | MORENO VALLEY | CA | Joseph Wong | 2,3,4,8,11 |
| 3018119762 | $479,000.00 | $819,209.33 | 7/27/2007 | 1062 LOWRY RANCH | CORONA | CA | Jason D. Stout | 2,3,4,8,11 |
| 3018161913 | $1,040,000.00 | $435,286.50 | 7/27/2007 | 144 SPANISH MARSH DR | SAINT AUGUSTINE | FL | Jama Lichtenwalner | 3,4,7,12 |
| 3018142426 | $6,750,000.00 | $898,738.99 | 7/27/2007 | 5800 HARDSCRABBLE CIRCLE | MINNETRISTA | MN | John Bader | 8 |
| 3017949763 | $1,715,000.00 | $905,183.04 | 7/27/2007 | 189 OCEAN VIEW DR | KEY LARGO | FL | Mark J. MacLaughlin | 8 |
| 689457059 | $500,000.00 | $500,980.48 | 7/27/2007 | 10 HIDDEN PASS | NEWPORT COAST | CA | Sara Martin / Judith Hunter | 3,4,8,11 |
| 3014291884 | $2,720,000.00 | $1,988,111.06 | 7/30/2007 | 12040 LANDOVER LN | FISHERS | IN | Jeffrey L Dettnder | 1,2,3,4,9 |
| 3017437710 | $900,000.00 | $461,536.20 | 7/30/2007 | 1057 and 1059 E Main St | SIMI VALLEY | CA | Sherry Carlson / Steven T. Cody | 2,3,8 |
| 3014076290 | $1,436,850.00 | $438,640.29 | 7/31/2007 | 511 WINDWARD PASSAGE | CLEARWATER BEACH | FL | A.A. Little | 2,3,4,7,11 |
| 3015989003 | $1,190,000.00/ $285,000.00 | $627,724.91 | 7/31/2007 | 2582 S SYCAMORE VILLAGE | APACHE JUNCTION | AZ | Tommy Trout | 1,2,3,4,8 |
| 3013849918 | $2,625,000.00 | $911,067.70 | 7/31/2007 | 211 ARI WAY | MIAMI BEACH | FL | Rolando Lazaro Rodriguez / Nelson A. Ruiz | 2,3,8 |
| 3018113559 | $9,992,205.00 | $424,583.26 | 7/31/2007 | 34390 DOUGLASS LN | SARATOGA | CA | William P. Esposo | 3,8,11 |
| 750250016 | $535,500.00 | $354,492.25 | 8/3/2007 | 1010 - 1010 1/2 S WASHBURN | CORONA | CA | Craig M. Bellinger | 2,3,4,8 |
| 3014148559 | $1,350,000.00 | $542,809.45 | 8/3/2007 | 4444 ALTON RD | MIAMI BEACH | FL | Francisco Ayres | 2,3,4,7,8,11 |
| 767803634 | $500,000.00 | $503,416.60 | 8/8/2007 | 895 BAJA STREET | Laguna Beach | CA | Michael H. Nguyen | 2,3,7,8 |
| 3014261164 | $2,025,000.00 | $562,748.16 | 8/10/2007 | 1723 CASTELLANA RD | LA JOLLA | CA | Cliff Bouchard | 2,3,4,11 |
| 3018282764 | $2,480,000.00 | $452,319.85 | 8/10/2007 | 19201 BRIARFIELD WAY | TARZANA | CA | Armen Khabubyan | 1,2,3,4,11 |
| 3014016434 | $1,347,500.00 | $496,044.09 | 8/13/2007 | 1738 HERON RIDGE DR | BLOOMFIELD HILLS | MI | Stephanie M Schulez | 1,4,8 |
| 3018153332 | $880,000.00/ $107,900.00 | $280,430.16 | 8/13/2007 | 10601 VIA MILANO DR | FORT MYERS | FL | Ashley Law McCann / John McCann | 4,8 |
| 3018249934 | $960,000.00 | $448,917.94 | 8/13/2007 | 2989 VALLEY ST | CARLSBAD | CA | Ian M Brownell | 2,3,4,11 |
| 3014227940 | $1,450,000.00 | $978,680.34 | 8/14/2007 | 5668 BRANFORD RD | WEST BLOOMFIELD | MI | Kathleen A. Alan | 1,3,8 |
| 3011838509 | $3,700,000.00 | $1,564,353.28 | 8/15/2007 | 4728 RIVERVIEW BLVD | BRADENTON | FL | Jay A Whitman | 1,3,8 |
| 3014201879 | $992,250.00 | $617,613.40 | 8/15/2007 | 6486 WYNDHAM DR | WEST BLOOMFIELD | MI | Edward E. Bowen II | 1,2,3,4,7,8,11 |

1    WaMu employees concerning an appraisal or the assignment of an appraisal. *See* LSI

2    Agreement at 29.

3       3.    Despite these representations and promises, at least 225 of the appraisal

4    services provided by LSI failed to comply with federal and state law, regulatory

5    guidelines, and USPAP. Twelve of the appraisal services were performed prior to the LSI

6    Agreement, and the remaining 213 appraisal services were performed after the parties

7    entered into the LSI Agreement. A list of the 225 loans that WaMu made in reliance on

8    LSI's grossly negligent appraisal services that have so far been identified by the FDIC is

9    attached hereto as Exhibit C and incorporated herein for all purposes. The list sets forth

10    the basic information for each of the 225 loans, identifies the appraiser or appraisers who

11    provided the grossly deficient appraisal, and sets forth the damages suffered by WaMu

12    with respect to each loan. The list also identifies by code number the primary deficiencies

13    in each of the 225 appraisals. The "key" explaining the code numbers is attached hereto

14    as Exhibit D and incorporated herein for all purposes. The list of appraisal deficiencies is

15    not intended to be exhaustive.

16       4.    LSI used appraisers who lacked the skill, experience, and qualifications

17    necessary to perform the appraisals requested. LSI's "quality control" of the appraisals it

18    provided to WaMu was severely inadequate. Consequently, LSI delivered appraisal

19    services to WaMu that were conducted and prepared in a grossly negligent manner and

20    which contained substantially inflated appraised values. But for the inflated values in the

21    appraisal services provided by LSI, WaMu would not have made the residential mortgage

22    loans at issue and would not have suffered losses on those loans. The losses that WaMu

23    incurred on loans made in reliance on the inflated appraisals provided or approved by LSI

24    were clearly foreseeable. Each of the 225 loans made by WaMu in reliance on LSI's

25    appraisal services was held by WaMu for investment and not sold into the secondary

26    market.

27

28

## Key for List of Major Appraisal Deficiencies

1:  Appraisal contains an inadequate analysis of subject contract or inadequate analysis or reporting of prior listings.

2:  Appraiser fails to report sales of the subject property within the last 3 years or fails to explain large value increase in subject appraisal from previous sales.

3:  Appraiser uses poor or improper comparables and/or avoids better comparables.

4:  Appraiser makes improper or inconsistent adjustments to comparables, i.e. per square foot differences not reasonable, large unsupported adjustments for intangibles such as view, etc.

5:  Appraiser lacks proper level of certification for value of property appraised.

6:  Appraiser does not investigate deficiencies in subdivision where property is located, i.e. lack of utilities or lack of amenities promised to buyers.

7:  Appraiser omits or misrepresents significant physical or locational characteristics of the property.

8:  Appraiser does not use cost approach; uses the cost approach incorrect, often without support for site value; or fails to reconcile the cost approach with the sales comparison approach.

9:  Appraiser has been sanctioned, suspended, or had their license revoked, or was under investigation while performing work.

10: Flip transactions one day apart with appraisal supporting much higher sales price, not noting lower priced contract on subject.

11: Appraiser checks block that states market is stable, or otherwise indicates a stable or thriving market, while the market is known to be in decline.

12: Appraiser finds no recent sales (market is in decline, sales are few), so appraiser reaches back in time to find comps at high prices under market conditions that no longer exist.

```
                          Campbell Post Office
                          Campbell, California
                               95008998
                          0568370100-0098
                          (800)275-8777        01:54:30 PM
02/03/2014
                      Sales Receipt
Product                         Sale    Unit        Final
Description                     Qty     Price       Price
_____

@@ ~~ SANTA ANA CA 92707 Zone-4                    $5.60
Priority Mail 2-Day
Flat Rate Env
1 lb. 3.90 oz.
Expected Delivery: Wed 02/05/14
USPS Tracking #:
9114901159818299183881
Includes $50 insurance

Issue PVI:                                        ========
                                                    $5.60

Total:                                              $5.60
                                                  ========

Paid by:
Debit Card
  Account #:              XXXXXXXXXXXX7817
  Approval #:                      $5.60
  Transaction #:           690
23 90360129
  Receipt#:                003978

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
*******************************************
*******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
*******************************************
*******************************************
*******************************************
```