ORIGINAL

FILED
MAR 21 2014
United States Bankruptcy Court
San Jose, California

James M. Kelley
14390 Douglass Lane
Saratoga, CA 95070
jmadisonkelley@gmail.com
Tel: (408) 402-1915

PRO SE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – DIVISION 5

| In Re:<br>JAMES MADISON KELLEY,<br>Debtor | Chapter 11<br><br>Adv. Case No. 10-05245 |
|---|---|
| JAMES MADISON KELLEY<br><br>Plaintiff<br><br>V.<br><br>JPMORGAN CHASE BANK, NA,<br><br>WASHINGTON MUTUAL BANK,<br><br>DOES (1-20) | 30B6 DEPOSITION SUBPOENA<br>For<br>JPMorgan Chase Bank, NA<br><br><br><br>Honorable Arthur S. Weissbrodt<br><br>March 20, 2014 |

30B6 DEPOSITION SUBPOENA 1 Adversary Complaint 10-05245
Bkr. Case No 08-55305 ASW

## 30B6 DEPOSITION SUBPOENA OF JPMORGAN CHASE BANK, NA

**PLEASE TAKE NOTICE** that, pursuant Federal Rule of Civil Procedure 30(b)(6), Plaintiff James Madison Kelley hereby notices this deposition of Defendant JPMorgan Chase Bank, NA designated expert(s) under Rule 31(a)(4) and any participating subsidiaries on the topics relevant to this adversary case under Rule 31(a)(4).

**DATE/TIME**: April 21, 2011 10:00:00 AM

**WITNESS**: 30(b)(6) Designee
Adversary Case # 10-05245

**LOCATION**: Executive Suite 100,
2900 Gordon Avenue, Suite 100
Santa Clara, CA 95051

### Obligation to Investigate and Prepare

Please note that, under FRCP 30(b)(6), JPMorganChase Chase Bank, NA and its designated witness(es) have an obligation to **investigate and prepare** to testify on the designated topics. See *Calzaturficio S.C.A.R.P.A. V. Fabiano Shoe Company, Inc.*, 201 F.R.D. 33 (D.Mass 2001), and cases cited therein.

### Definitions

As used in this Subpoena, the term "identify" means, without limitation, to specify the name of any entity or person, the title of any document, the author of any document, the name of any authorizing person, the name of anyone issuing a power of attorney, etc. and their current position, title, professional credentials address and telephone number.

As used in this Subpoena, the term "document" means, without limitation, the following terms, whether printed or recorded or reproduced by any other mechanical process, or written or produced by hand: agreements, communications, State and Federal governmental hearings and reports, correspondence, faxes, telegrams, memoranda, summaries or records of telephone conversations, summaries or records of personal

conversations or interviews, diaries, graphs, reports, notebooks, note charts, plans, drawings, sketches, maps, summaries or records of meetings or conferences, summaries or reports of investigations or negotiations, opinions or reports of consultants, radiographs, photographs, motion picture films, brochures, pamphlets, advertisements, circulars, press releases, drafts, letters, any marginal comments appearing on any document, and all other writings.

As used in this Subpoena, the term "**Defendant**" means, without limitation, the responding party.

As used in this Subpoena, the term "**You**" means the corporate defendant answering these requests, and any person acting on that corporation's behalf.

As used in this Subpoena, the term Loan shall mean **Washington Mutual Bank, FA** Loan Number 3018113559.

When You are asked to "identify" a particular employee or person, you are to provide that person's full name, current or last job title, professional credentials, and current physical work address if still employed by you; if the person is not still employed by you, provide the last known address, phone numbers, e-mail address or other available contact information.

When you are asked to "identify" documents, you are to provide that title of the document, a description of the documents, identify the makers of the document, and provided any information relevant to the deposition question or your statement or answer.

All documents, which form the basis for your answers or statements, may be delivered in either electronic form (PDF on DVD preferred) or paper form. If any of the documents cannot be delivered please indicate why.

**DOCUMENTS TO BE PRODUCED**

1. Powers of Attorney enabling third parties to Foreclose.

2. Power of attorney permitting changes in beneficiary from one entity to related to the loans.
3. Assignments of Adjustable Rate Note ("ARN").
4. Records of the sale or purchase of the ARN.
5. Records of the pledging of the ARN.
6. Records of the creation securities collateralized by the loan.
7. Documents identifying any Entity or individual to which the Note(s) was sold.
8. Servicing contracts between CHASE and WMMSC.
9. The Mortgage Servicing Platform ("MSP") Corporate Advance History Screen for 2013. (Chase has produced only through the year 2012.)
10. Produce documents if any that show that CHASE paid money for Loan # 3018113559.
11. Produce the INV1 Screens for Loan # 3018113559.
12. Produce the INV1 Screens for Washington Mutual Bank Loan # 0747861714.

**Topics of Deposition**

To clarify the topics I wish to cover, I will depose CHASE's "Person Most Qualified" under FRCP 30(b)(6) on these topics:

1. Reaffirmation of Ms. Landis previous testimony as contained in her deposition.

2. All of the Mortgage Servicing Platform ("MSP") transactions bearing the 745 transaction code for the Washington Mutual Bank FA ("WMBFA") loan 3018113559 including the following taken from the Corporate Advance History Screen ("DDCH"):

    a. Bates JPM002000 – JPM002005 (Corporate Advance History Screens)
        i. The Meaning of "C150 FFIEC WRITEUP";
        ii. The identity of the C/A PAYEE "16N14";
        iii. The identity of the C/A PAYEE "10N14";
        iv. The meaning of "CANV";
        v. The meaning of "CANV 12 MO ANNIV";
        vi. The meaning of "LTCO CONVERSION";
        vii. The meaning of "CNVC";
        viii. The meaning of "CNVC CONT CON CR LOSS";
        ix. The Meaning of "C150 FFIEC WRITEUP";
    b. Explanation of the cause of each of the following transactions in descending chronological order:
        i. 9/25/2012    $543,370
        ii. 4/24/2012    $ 59,950
        iii. 3/25/2011    $ 127,250
        iv. 9/27/2010    $282,719.91
        v. 9/24/2009    $435,716.43
        vi. 9/24/2009    $435,716.43
        vii. 9/23/2009    $435,716.43

3. Explain all transactions between Washington Mutual Mortgage Securities Corporation ("WMMSC") and Washington Mutual Bank ("WMB") involving Loan # 3018113559.

30B6 DEPOSITION SUBPOENA            5            Adversary Complaint 10-05245
                                                  Bkr. Case No 08-55305 ASW

4. Disclose all master servicer account numbers for Loan # 3018113559.

5. Explain all transactions between Washington Mutual Asset Acceptance Corporation ("WMAAC") and WMB for WMBFA loan number 3018113559.

6. Explain all transactions between WMAAC and WMMSC for WMBFA loan number 3018113559.

7. Explain the loan document preparation storage requirements imposed on CHASE with regard to Loan Number 3018113559 as per the WMMSC Servicer's Guide.

8. Explain "document deposit date" in JPM 002015-JPM 002021

9. Explain "image date" in JPM 002021.

10. Explain "Release Notation" in JPM 002020.

11. Explain "Doclist" in JPM 002020

12. Explain "Doclist" in JPM 002020.

13. Explain "Document Deposit Date" in JPM 002019.

14. Explain "Doc Release Date" in JPM 002019.

15. Explain "Document Status Code" in JPM 002018.

16. Explain "Document Status Code" in JPM 002018.

17. Explain "Production Stage Code" in JPM 002018.

18. Identify "Operations Support" JPM 002017.

DATED: March 20, 2014          Respectfully submitted,

                                By: /s/ James Madison Kelley

                                James Madison Kelley

                                Plaintiff/Pro Per

14390 Douglass Lane
Saratoga, California 95070
(408) 314-6745
jmadisonkelley@gmail.com

# PROOF OF SERVICE

I, James Madison Kelley, under penalty of perjury attest that I mailed

    30B6 Deposition Subpoena

on 20th day of March 2014 via overnight priority mail to the following people:

John Sorich, esq.
Christopher Yoo, esq.
Thomas Van, esq.

AlvaradoSmith, PC
1 MacArthur Place, Suite 200
Santa Ana, California 92707

Dated at Saratoga, California, this 20th day of March 2014

By: _/s/ James Madison Kelley_
    James Madison Kelley

```
                    Campbell, California
                         950089998
                       0568370100 -0095
    03/20/2014       (800)275-8777      04:03:42 PM

    ─────────────── Sales Receipt ───────────────
    Product             Sale  Unit         Final
    Description         Qty   Price        Price

    @@ ~~ SANTA ANA CA 92707 Zone-4        $5.60
    Priority Mail 2-Day
    Flat Rate Env
    3.40 oz.
    Expected Delivery: Sat 03/22/14
    USPS Tracking #:
    9114901159818298921774
    Includes $50 insurance

                                        ========
    Issue PVI:                             $5.60


    Total:                                 $5.60

    Paid by:
    Debit Card                             $5.60
      Account #:        XXXXXXXXXXXX7202
      Approval #:
      Transaction #:    600
    23 903460129
      Receipt#:         001823

    @@ For tracking or inquiries go to
    USPS.com or call 1-800-222-1811.
    ******************************************
    ******************************************
    BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
    available for purchase at select Post
    Offices.
    ******************************************
    ******************************************


    In a hurry? Self-service kiosks offer
    quick and easy check-out. Any Retail
    Associate can show you how.

    ~~ Save this receipt as evidence of
    insurance. For information on filing an
    insurance claim go to
    usps.com/ship/file-domestic-claims.htm.

    Order stamps at usps.com/shop or call
    1-800-Stamp24. Go to usps.com/clicknship
    to print shipping labels with postage. For
    other information call 1-800-ASK-USPS.
    ******************************************
    ******************************************
    Get your mail when and where you want it
    with a secure Post Office Box. Sign up for
    a box online at usps.com/poboxes.
    ******************************************
    ******************************************


    Bill#: 1000503044710
    Clerk: 08

        All sales final on stamps and postage
        Refunds for guaranteed services only
             Thank you for your business
    ******************************************
    ******************************************
              HELP US SERVE YOU BETTER

      Go to: https://postalexperience.com/Pos

              TELL US ABOUT YOUR RECENT
                  POSTAL EXPERIENCE

                YOUR OPINION COUNTS
    ******************************************
```

Case: 10-05245    Doc# 382    Filed: 03/21/14    Entered: 03/24/14 14:51:00    Page 9 of 9