2. the First and Second Loans be declared rescinded for violations of the Truth in Lending Act;

3. Chase be declared to lack standing and its proofs of claim denied;

4. actual and Statutory damages be awarded under TILA[52] and RESPA;[53]

5. costs of suit and reasonable attorneys fees be awarded;[54]

6. pre and post judgment interest be awarded;

7. for any and all other and further relief that may be just in this matter.

Dated at Saratoga, California, this 27 th day of January 2014.

By: /s/ James Madison Kelley
James Madison Kelley
Pro Se

---

[52] USC 1635 (1), (2)(A) (i), (iv)
[53] Wanger v. EMC Mortgage Corp. (2002) 103 Cal.App.4th 1125 [127 Cal.Rptr.2d 685]
[54] USC 1635 (3)

**Third Amended Adversary Complaint**         33         Adv. Case No. 10-05245